FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

2011 OCT 21  AM 11: 11

MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Steve L. Chamberlain,
Plaintiff,

Case No. _____

v.

Internal Revenue Service, et al.,
Defendant,

6-11-CV-1702-ORL-31DAB

Richard D. Euliss,
(Official and Personal Capacity)
Defendant,

Bruce T. Russell,
(Official and Personal Capacity)
Defendant.

_____/

**FRAUD, RICO, TITLE 42, SEC. 1983**

**FRAUD UPON THE COURT CASE NO. 09CV1347**

AFFIDAVIT OF REVOCATION AND RESCISSION

I, Steve L. Chamberlain, being duly sworn and affixing my signature to this document, do

hereby make the following statement of fact, and affirm:

1. That I was unaware that a completed, signed, and submitted "Form 1040" or "income

tax return" and a "W-4" "Employee's Withholding Allowance Certificate", the

authorization document that allows an employer to withhold a worker's money from his

pay, are voluntarily executed instruments which could be used as prima facie evidence

against me in criminal trials and civil proceedings to show that I had voluntarily waived

my constitutionally secured rights and that I had voluntarily subjected myself to the federal income/excise tax, to the provisions of the Internal Revenue Code, and to the authority of the Internal Revenue Service (hereafter referred to as the IRS) by signing and thereby affirming under penalty of perjury that I was in effect a "person" subject to the tax .

2. That I was unaware of the legal effects of signing and filing an income tax return as shown by the decision of the United States Court of appeals for the 9th Circuit in the 1974 ruling in the case of Morse v. U.S., 494 F2d 876,880, wherein the Court explained how a citizen became·a "taxpayer" by stating: "Accordingly, when returns were filed in Mrs. Morse's name declaring income to her for 1944 and 1945, and making her potentially liable for the tax due in that income, she became a taxpayer within the meaning of the Internal Revenue Code." Emphasis added.

3. That I was unaware that the signing and filing of an income tax return and other IRS forms are acts of voluntary compliance for a free private individual citizen; that I was unaware that in a court of law the completed IRS documents can become prima facie evidence sufficient to sustain a legal conclusion by a judge that the signer has voluntarily changed his legal status from that of a free sovereign individual citizen who is not subject to any federal tax and who possesses all of his God-given Constitutionally secured rights when dealing with government, to the legal status of a "taxpayer" (any individual, trust, estate, partnership, association, company or corporation subject to a federal excise tax,) a "person" who is subject to a federal excise tax and is therefore subject to the authority, jurisdiction and control of the federal government under Title 26 of the United States Code, the statutes governing federal taxation and to the regulations of the IRS, thereby

imposing the tax on himself and waiving his God-given Constitutionally secured rights in respect to the federal income/excise tax statutes and their administration by the IRS and establishing himself as one who has privileges only, but no rights in dealings with the IRS, the same as a Corporation; that it is my understanding that the change of status resulting from the signed IRS documents is very similar to the change of status that occurs when one enlists in the military service and voluntarily takes an oath that subjects him to the authority, jurisdiction and control of the federal government under Title 10 of the United States Code, the statutes governing the armed forces and the regulations of the military service, thereby waiving his Constitutional rights in relation to dealings with the military services.

4. That I am a natural born free sovereign United States citizen, a freeman and I am endowed by my Creator with numerous inalienable rights to "life, liberty, and the pursuit of happiness," which rights are specifically identified in the Declaration of Independence and protected by the United States Constitution; that my birthright to "pursuit of happiness" has been interpreted by both the framers of the Constitution and the U.S. Supreme Court as including my inalienable right to contract, to acquire, to deal in, to sell, rent, and exchange properties of various kinds, real and personal, without requesting or exercising any privilege or franchise from government; that I have learned that these inalienable property rights also include my right to contract for the exchange of my labor-property for other properties such as wages, salaries, and other earnings, that I have never knowingly or intentionally waived any of these inalienable rights.

5. That I understand that if the exercise of rights were subjected to taxation, the rights could be destroyed by increasing the tax rates to unaffordable levels; therefore courts

3

have repeatedly ruled that government has no power to tax the exercise of any rights of citizens, as shown by the U.S. Supreme Court in the case of Murdock v. Penna., 319 U.S. 105 (1943) which stated: "A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution."

6. That for years past I have been influenced by numerous and repeated public warnings made by the IRS via radio, television, the printed press and other public communication media warning of the "deadline" for filing a "Form 1040 Income Tax Return" and/or other IRS forms and documents and that I have been mislead.

7. That in addition to the aforesaid warnings, I have also been influenced by misleading and deceptive wording of IRS publications, IRS-generated news articles, the pressure of widespread rumors and misinformed public opinion, and the advice and assurances of lawyers, C.P.A. 's and income tax preparers which misled me to incorrectly believe that the 16th Amendment to the United States Constitution authorized Congress to impose a direct tax on me, my property, my exchanges of property and/or property received as a result of exercising my constitutionally secured right to contract; that I was further misled into believing I had a legal duty and obligation to file a "Form 1040 Income Tax Return", a "Form W-4 Employee's Withholding Allowance Certificate" and/or other IRS forms and documents.

8. That I have also been further influenced, misled and alarmed by rumors, misinformed public opinion and the advice and assurance of lawyers, C.P.A.'s and income tax preparers to the effect that "the IRS will get you," and that it would be a crime punishable by fine and/or imprisonment if I did not fill out, sign and file with the IRS a "Form 1040".

9. That in addition to all of the reasons stated in paragraphs 6, 7, and 8 above, I was influenced by the common and widespread practice of employers who either knowingly or unknowingly mislead their employees to believe that they are all subject to withholding of "income taxes" from their earnings, either with or without their permission, based upon the employers' possible mistaken assumption that they, as employers, are required by law to withhold "income taxes" from the paychecks of their employees.

10. That I have also been influenced and impressed by the IRS's annual public display and indiscriminate offering of large quantities of the "Form 1040" in banks, post offices, and through the U.S. mail which also reminded me of and induced me to respond by filling out, signing, and sending to the IRS a "Form 1040".

11. That said "Form 1040" contained no reference to any law or laws which would explain just exactly who is or is not subject to or liable for the income tax, nor did it contain any notice or warning to anyone that merely sending said completed "Form 1040" to the IRS would waive my right to privacy secured by the 4th Amendment and my right to not having to be a witness against myself secured by the 5th Amendment to the United States Constitution, and that the "Form 1040" would in itself constitute legal evidence admissible in a court of law, that the filer is subject to and liable for the income/excise tax even though and regardless of the fact that I, as a free individual, am actually and legally not subject to or liable for any income/excise tax and have no legal duty or obligation whatsoever to complete and file a "Form 1040."

12. That at no time was I ever notified or informed by the IRS, by any of its agents, or employees, nor by any lawyer, C.P.A., or tax preparer of the fact that the 16th Amendment to the United States Constitution, as correctly interpreted by the U.S. Supreme Court in such cases as Brushaber v. Union Pacific R.R. Co., 240 U.S. 1 (1916) and Stanton v. Baltic Mining Co., 240 U.S. 103 (1916) identified the income tax as an indirect excise tax in accordance with Article 1, Section 8, Clause 1 of the United States Constitution, and that the 16th Amendment does not authorize a tax on individuals.

13. That at no time was I ever notified or informed by the IRS, its agents, or employees, nor by any lawyer, C.P.A., or tax preparer of the fact that because of various rulings of the U.S. Supreme Court in such cases as Flint v. Stone Tracy Co., 220 U.S. 107 (1911), and Pollock v. Farmer's Loan and Trust Co., 157 U.S. 492 (1895), the indirect excise tax on incomes identified by the 16th Amendment is actually a tax upon corporation privileges granted by government and measured by the amount of corporate income (see Corporations Tax Act, Statutes at Large, 1909, vol. XXXVI, section 38, page 112); that this excise tax is also imposed on the amounts of money received by non-resident alien individuals and foreign corporations.

14. That my attention has been called to Report No. 80-19A, titled "Some Constitutional Questions Regarding the Federal Income Tax Laws" published by the American Law Division of the Congressional Research Service of the Library of Congress, updated January 17, 1980; that this publication described the tax on "income" identified in the 16th Amendment of the United States Constitution as an indirect excise tax; that this report stated: "The Supreme Court, in a decision written by Chief Justice White, first noted that the 16th Amendment did not authorize any new type of tax, nor did it repeal or revoke the

tax clauses of Article I of the United States Constitution, quoted above.", and further stated: "Therefore, it can clearly be determined from the decisions of the United States Supreme Court that the income tax is an indirect tax, generally in the nature of an excise tax," thus proving in my mind that the "income tax" is not a tax on ME as an individual, but is rather a tax as described by the U.S. Supreme Court in Flint v. Stone Tracy Co., 220 U.S. 107 (1911), wherein the court defined excise taxes as "... taxes laid upon the manufacture, sale, or consumption of commodities within the country, upon licenses to pursue certain occupations, and upon corporate privileges.", none of which classifications apply to ME.

15. That I was unaware of the truth of the IRS's rarely publicized statement that the "income" tax system is based upon "voluntary compliance with the law and self-assessment of tax"; that it has never been my intention or desire to voluntarily self-assess an excise tax upon myself; that I always thought that compliance was required by law.

16. That I have examined sections 6001, 6011, 6012, 7203, and 7205 of the Internal Revenue Code (Title 26 U.S.C.) and I am convinced and satisfied that I am not now, and never was any such "person" or individual referred to by these sections.

17. That after careful study of the Internal Revenue Code and consultations on the provisions of the Code with lawyers, tax accountants, and tax preparers, I have never found or been shown any section of the Internal Revenue Code that imposed any requirement on ME as a free private unprivileged individual to file a "Form 1040 Income Tax Return", or that imposed a requirement upon me to pay a tax on "income," or that would classify me as a "person liable," a "person made liable," or a "taxpayer," as the

term "taxpayer" is defined in 26 U.S.C. Section 7701 (a) (14) which states: "The term

'taxpayer' means any person subject to any internal revenue tax."

18. That after the study and consultations mentioned in paragraph 17, the only mention of

any possible requirement upon ME, as an individual, to pay a tax on "income" that I

could find or was shown in 26 U.S.C. was the title of Part I under Subtitle A, Chapter 1,

Subchapter A, which is deceptively titled "Tax on Individuals;" that a careful study ,and

examination of this part of the Code showed no provision in the body of the statutes

imposing any liability or requirement upon me as an individual for payment of a federal

excise tax on "income;" that my study and consultations mentioned in paragraph 18

showed that the law is determined by the actual wording contained in the body of a

statute, and not by the title; that the title of a statute is merely a general guide to the

contents of the statute, and the title has no force or effect at law.

19. That after study and consultations mentioned in paragraph 17, my attention was

called to Internal Revenue Code Chapter 21 titled "Federal Insurance Contributions Act"

(social security), to Subchapter A of Chapter 21 titled "Tax on Employees," which

includes Section 3101 wherein the (social security) tax is identified as a tax on "income,"

not as an "Insurance Contribution," and not as a "Tax on Employees," or on wages or

earnings; that my attention was further called to these facts: There is no provision in the

Code that imposes the tax on employees or requires them to pay the tax; a voluntarily

signed completed "W-4 Employee's Withholding Allowance Certificate" allows an

employer to withhold money from a worker's pay for (social security) "income" tax, even

though the worker has claimed on the form to be "exempt" from the graduated "income"

tax; an employer has no authority to withhold money from a worker's pay for the (social

8

security) "income" tax, the graduated "income" tax, or any IRS imposed penalty or assessment if there is no voluntarily signed "W-4" form in force.

20. That after the study and consultations described in paragraph 17, my attention was called to Section 61 {a} of the Internal Revenue Code which lists items that are sources of "income" and to these facts: that I.R.S. Collection Summons Form 6638 (12-82) confirms that these items are sources, not "income," by stating that the following items are "sources": "wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, pensions, business income, gains from dealings in property, and any other compensation for services (including receipt of property other than money).", that sources are not income, but sources become "income" if they are entered as "income" on a signed "Form 1040" because the signer affirms under penalty of perjury that the items entered in the "income" section of the "Form 1040" are "income" to the signer; that Section 61(b) clearly indicates which Sections of the Code identify and list items that are included in "income" by stating: "For items specifically included in gross income, see Part II (sec. 71 and following)."

21. That my attention was then called to the said Part II, titled: "Items Specifically Included in Gross Income;" that I studied sections 71 through 87 and noticed that wages, salaries, commissions, tips, interest, dividends, pensions, rents, royalties, etc., are not listed as being included in "income" in those sections of the code; that, in fact, those items are not mentioned anywhere in any of these sections of the Internal Revenue Code.

22. That after further study it appears clear to me that the only way that property received by me as a free, private, unprivileged individual in the form of wages, salaries, commissions, tips, interest, dividends, rents, royalties, and/or pensions could be, or could

have been legally considered to be "income" is if I voluntarily completed and signed a "Form 1040 Income Tax Return," thereby affirming under penalty of perjury that information on the "Form 1040" was true and correct, and that any amounts listed on the "Form 1040" in the "income" block are "income," thereby acknowledging under oath that I am, or was subject to the tax and have, or had a duty to file a "Form 1040 Income Tax return" and/or other IRS forms, documents, and schedules, none of which instruments I have ever signed with the understanding that they were voluntarily signed.

23. That with reliance upon the aforementioned U.S. Supreme Court rulings and upon my constitutionally protected 5th and 9th Amendment rights to lawfully contract, to work, and to lawfully acquire and possess property, I am convinced and satisfied that I am not now, nor was I ever subject to, liable for, or required to pay any income/excise tax, that I am not now and never was a "taxpayer" as the term is defined and used in the Internal Revenue Code, and that I have never had any legal duty or obligation whatsoever to file any "Form 1040" or make any "income tax return," sign any "Form W-4 Employee's Withholding Allowance Certificate," or other Internal Revenue forms, submit documents or schedules, pay any income tax, keep any records, or supply any information to the IRS.

24. That both the U.S. Congress and the IRS, by deceptive and misleading words and statements in the Internal Revenue Code, as well as IRS publications and IRS-generated news articles committed constructive fraud by misleading and deceiving me, as well as the general public, into believing that I was required to file "Form 1040 Income Tax Returns," "Form W-4 Employee's Withholding Allowance Certificates," and other IRS

forms, documents, and schedules, and also to keep records, supply information, and to pay income taxes.

25. That by reason of the previous stated facts, I do hereby exercise my rights as a free private U.S. citizen, upheld by various court decisions to revoke, rescind, cancel and to render null and void, both currently and retroactively to the time of signing, based upon the constructive fraud perpetrated upon me by the U.S. Congress and the Internal Revenue Service, all "Form 1040 Income Tax Returns," all "Form W-4 Employee's Withholding Allowance Certificates," all other IRS forms, schedules, and documents ever signed and/or submitted by me, and all my signatures on any of the aforementioned items, to include the "SOCIAL SECURITY" account, bearing the account number ; that this revocation and rescission is based upon my rights in respect to constructive fraud as established in, but not limited to the cases of Tyler v. Secretary of State, 184 A.2d 101 (1962), and also El Paso Natural Gas Co. v. Kysar Insurance Co., 605 Pacific 2d. 240 (1979), which stated: "Constructive fraud as well as actual fraud may be the basis of cancellation of an instrument." The U.S. DOJ in 09-cr-043 at docket # 71, pg.4 admitted "district directors," were abolished in the year 2000. "11 depositions of high ranking treasury officials and each of them, under oath, testified the position of "district director" was eliminated with the abolishing of "internal revenue districts."

## JUDICIAL NOTICE TO ALL PARTY FUTURE DEFENDANTS RECEIVING AND READING THIS DOCUMENT

That, "Internal Revenue Investigation", Hearings before Subcommittee on Ways an Means House of Representatives, Eighty Third Congress, 1953, Thursday February 3rd: :

Testimony: Mr. Avis, Chairman, I.R.S.

Page 4, paragraph 4

"Let me point this out now: Your income tax is 100 percent voluntary tax."

"26. That further, I do hereby declare that I am not and I never was a "taxpayer" as that term is defined in the Internal Revenue Code, a "person liable" for any Internal Revenue tax, or a "person" subject to the provisions of that Code, and declare that I am, and have always been, a "non-taxpayer"; that courts have recognized and acknowledged that individuals can be non-taxpayers, "... for with them Congress does not assume to deal and they are neither of the subject nor of the object of revenue laws...", as stated by the Court in Long v. Rasmussen, 281 F. 236 (1922), and also Delima v. Bidwell, 182 U.S. 176, 179 and Gerth v. United States, 132 F. Supp. 894 (1955).

I now affix my signature to these affirmations:

"Without Prejudice" U.C.C. 1-207

_____

Affirmant (Seal)


Subscribed and sworn to before me, a Notary Public, of the State of Florida,

County of Volusia, this 15th day of October, 2011.

_____

BOBBIE A. HODGES
Notary Public (Seal)

BOBBIE A. HODGES
MY COMMISSION # EE43505
EXPIRES: February 02, 2015
1-800-3-NOTARY    FL Notary Discount Assoc. Co.

My Commission Expires On: _____


I, Steve L. Chamberlain, SET FORTH THIS CLAIM OF INJURY

CAUSED BY EMPLOYEES OF THE CORPORATION AND THEIR TRUSTEE

UNDER THE NAME OF THE UNITED STATES/GOVERNMENT/CORPORA-

TION TITLE 28 SEC. 3002 SEC. 15(a) GROUNDS FOR INJURY VIOLATIONS OF

TITLE 50 TWEA WAR CRIMES, HATE CRIMES, R.I.C.O. HONEST SERVICE

FRAUD & VIOLATION OF THE U.S. CONSTITUTION, DISTRICT OF COLUMBIA

CONSTITUTION & THE DISTRICT OF COLUMBIA STATUTES

**NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENTS**
**NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPLE**


**<u>R.I.C.O.</u>**
**<u>FRAUD, BANK FRAUD, POSTAL FRAUD</u>**
**<u>CONSPIRACY/OBSTRUCTION OF JUSTICE</u>**
**<u>TAX FRAUD, MONEY LAUNDERING, WIRE FRAUD, PERJURY,</u>**

PETITION IN THE NATURE OF A SUIT FOR DEPRIVATION

OF FEDERALLY PROTECTED RIGHTS TITLE 28, 42 USC 1983, 1981, 1985, 1988,

TITLE18 USC 241, 242, 1512, 1968, 1964, 1918 AND 18 USC SECTION 4 FOR

INJUNCTIVE AND DECLARATORY RELIEF AND OTHER DAMAGES AS THE

COURT SHALL DETERMINE REASONABLE, LAWFUL, AND JUST.


**JURISDICTION**

This Court has federal question jurisdiction pursuant to 28 U.S.C. g 1332 (a)(1). In

addition or in the alternative, this Court has diversity jurisdiction pursuant to 28 U.S.C. G

1332 (a)(2). The action concerns a disputed amount in excess of $75,000. Each defendant

individually and via the conspiracy actively. Additionally, each defendant has to this

action maintains or participates directly or indirectly in an interactive fraud on we, the

people living all over the United States of America. Including all States and have actively

engaged in business fraud too and with residents of all States. This Court also has

Jurisdiction under:

### R.I.C.O.
### FRAUD, BANK FRAUD
### CONSPIRACY/OBSTRUCTION OF JUSTICE
### TAX FRAUD, MONEY LAUNDERING, WIRE FRAUD, PERJURY,

PETITION IN THE NATURE OF A SUIT FOR DEPRIVATION

OF FEDERALLY PROTECTED RIGHTS TITLE 42 USC 1983, 1981, 1985,

1988, TITLE 18 USC 241, 242, 1512, 1968, 1964, FOR INJUNCTIVE AND

DECLARATORY RELIEF AND OTHER DAMAGES AS THE COURT SHALL

DETERMINE REASONABLE, LAWFUL, AND JUST

In the case that was filed in this Court on August 6, 2009, Case No. 6:09-cv-1347-Orl-35-

KRS, was filed in the wrong Court because Congress established the Superior Court of

the District of Columbia as the trial court of **general jurisdiction** for the District of

Columbia in 1970 which is the Tax Court, not this Court. Definition (*General*

jurisdiction" as used in reference to subject *matter jurisdiction.*) Public Law 96-170 Dec

29 1979. "AN ACT" To permit civil suit under section 1979 of the Revise Statutes

(42USC1983) against any person acting under color of any law or custom of the District

of Columbia who subject any person within the jurisdiction of the District of Columbia to

the deprivation rights, privilege, or immunity secured by the Constitution and Laws

including & 24 Am Jur 2d District of Columbia ß 21 ß 21 Superior Court of the District

of Columbia and divisions thereof The District of Columbia Court of General Sessions,

the Juvenile Court of the District of Columbia, and the District of Columbia Tax Court

were consolidated in a single court known as the Superior Court of the District of

Columbia. (Title 28,). (2) by adding at the end thereof the following new sentence;" for

the purposes of this section , Any Act of Congress applicable exclusively to the District

of Columbia shall be considered to be a statute of the District of Columbia. Sec.2 Section

1343 of title 28 UNITED STATES CODES is amended (1) by inserting"(a)" before: The

district court". Sec. 1343. Civil rights and elective franchise...

-STATUTE-
(a) The district courts shall have original jurisdiction of any civil action authorized by law
to be commenced by any person:
(1) To recover damages for injury to his person or property, or because of the deprivation
of any right or privilege of a citizen of the United States, by any act done in furtherance
of and conspiracy mentioned in section 1985 of Title 42;
(2) To recover damages from any person who fails to prevent or to aid in preventing any
wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to
occur and power to prevent;
(3) To redress the deprivation, under color of any State law, statute, ordinance,
regulation, custom or usage, of any right, privilege or immunity secured by the
Constitution of the United States or by any Act of Congress providing for equal rights of
citizens or of all persons within the jurisdiction of the United States;
(4) To recover damages or to secure equitable or other relief under any Act of Congress
providing for the protection of civil rights, including the right to vote.
(b) For purposes of this section -
(1) the District of Columbia shall be considered to be a State; and
(2) any Act of Congress applicable exclusively to the District of Columbia shall be
considered to be a statute of the District of Columbia.
Sec. 1443. Civil rights cases

-STATUTE
Any of the following civil actions or criminal prosecutions, commenced in a State court
may be removed by the defendant to the District Court of the United States for the district
and division embracing the place wherein it is pending:
(1) Against any person who is denied or cannot enforce in the
courts of such State a right under any law providing for the
equal civil rights of citizens of the United States, or of all
persons within the jurisdiction thereof;
(2) For any act under color of authority derived from any law
providing for equal rights, or for refusing to do any act on the
ground that it would be inconsistent with such law.

TITLE 28 > PART VI > CHAPTER 171 >§ 2671. Definitions
As used in this chapter and sections 1346 (b) and 2401 (b) of this title, the term "Federal
agency" includes the executive departments, the judicial and legislative branches, the

military departments, independent establishments of the United States, and corporations primarily acting as instrumentalities or agencies of the United States, but does not include any contractor with the United States.

TITLE 4 > CHAPTER 3 > § 72. *Public offices; at seat of Government*
All offices attached to the seat of government shall be exercised in the District of Columbia, and not elsewhere, except as otherwise expressly provided by law.

TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1985. **Conspiracy to interfere with civil rights** (3) Depriving persons of rights or privileges Delaware Legislation passed an Act called **"An Act to Provide General Corporate Law"**. This act created a corporation into a Person with all the same rights as a natural person to buy, sell, mortgage, receive licenses, pledges, etc but not to be construed as a natural person /being. The High Court has ruled in three case laws that a corporation can be sued as a Person, **SANTA CLARA COUNTY v. SOUTHERN PAC. R. CO., 118 U.S. 394(1886), New York Central R. Co. v. United States, 212 U.S. 481 (1909) United States v. Dotterweich, 320 U.S. 277 (1943).**

Superior Court of the District of Columbia has jurisdiction over this matter as it is not a State and not represented in Congress and is not part of this country but holds a neutral position as all parties having a claim against them hold residents and work within the District of Columbia area and are federal citizens of that District. All crimes and their planning to injure the people of this nation were within the federal district of District of Columbia as made subject by the Constitution and not outside of District of Columbia. All injury originated within this ten square mile area. As no State Court has jurisdiction to hear such an action. No Federal Court outside of the D.C. or inside of D.C. has jurisdiction to hear this case as they are a party to this action. The District of Columbia Constitution and it federal statutes have been violated by all parties named by their constitutional standing in Article I, II, III of the D.C. Constitution and under the 14th amendment section 3. This gives the Superior Court of the District of Columbia jurisdiction over subject matter jurisdiction and personal jurisdiction to hear this claim. These are the Corporate laws being misused by the Corporate employees:  the Delaware

Code Title 8 under Corporate Law is Chapter 6 CHAPTER PROFESSIONAL SERVICE

CORPORATIONS section 617 Corporate names. The corporate name of a corporation

organized under this chapter shall contain either a word or words descriptive of the

professional service to be rendered by the corporation or shall contain the last names and

the Texas Administrative Code under Corporation Chapter 79 **CORPORATIONS**

Subchapter C. ENTITY NAMES section 79.31. The amendments to §79.31, which relate

to the characters of print acceptable in a proposed entity name, are required to more

specifically identify the capabilities and limitations in the entry of entity names

into the present computer system maintained by the Secretary of State even the Style

Manual created by the Corporation for use of grammar in their Corporate usage.

TITLE 26 > Subtitle F > CHAPTER 75 > Subchapter D > Sec. 7343. Definition of the
term person: "The term "person" as used in this chapter includes an officer or employee
of a corporation, or a member or employee of a partnership, who as such officer,
employee or member is under a duty to perform the act in respect of which the violation
occurs."

22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to
take office.

Title 8 USC 1481 (a) (2) TITLE 8 > CHAPTER 12 > SUBCHAPTER III > Part III > §
1481. Loss of nationality by native-born or naturalized citizen; voluntary action; burden
of proof; presumptions.

Title 22 USC (Foreign Relations and Intercourse) Chapter 11, identifies all public
officials as foreign agents.

## NOTICE

Notice is being placed into the Superior Court of the District of Columbia to have it

placed on the record of fraud committed by the Corporate employees under the name of

the UNITED STATES aka, Federal Corporation, Foreign Corporation "doing business

as" the UNITED STATES/GOVERNMENT/CORPORATION, UNITED STATES OF

AMERICA. The Superior Court of the District of Columbia is hereby placed on Notice

that the Federal Employees fraudulently took the District of Columbia Constitutional

public oath with the intent to expatriate his/ herself with the intent

to create injury and allow fraudulent claims against united States national/s under Title

50, USC Trading With Enemy Act (TWEA). The People are coming before the Superior

Court of the District of Columbia for Domestic Terrorism crimes against those who hold

these federal public offices. As of date all Federal and State Courts outside of the ten

square miles have become co-conspirer in aiding & abating in war crimes and hate crimes

against a united States national(s) with the intent to cause and/or commit human

trafficking on such united States national(s). The Superior Court of the District of

Columbia is aware that there is no statute of limitation on fraud, war crimes, hate crimes,

human trafficking, R.I.C.O. or constitutional violation. The United States Bill of Right as

found in the District of Columbia Constitution and in the United Nations charter defines

this as acts as crimes against humanity.


## MEMORANDUM AN BREIF IN SUPPORT OF WHAT IS TAX

Just exactly what is this thing called an income tax? Few Americans know the answer to
that question. The following are a small number of court cases, most of them United
States Supreme Court cases that reveal the truth about this so-called income tax. There
are many others.

"The income tax is, therefore, not a tax on income as such. It is an excise tax with respect
to certain activities and privileges, which is measured by reference to the income, which
they produce. The income is not the subject of the tax: it is the basis for determining the
amount of the tax." (*House Congressional Record*, March 27, 1943, page 2580)

"...the conclusion reached in the *Pollock Case* did not in any degree involve holding that
income taxes generically and necessarily came within the class of direct taxes on
property, but on the contrary recognized the fact that taxation on income was in its nature
an excise entitled to be enforced as such..."

18

(*Brushaber v. Union Pacific R.R. Co., 240 U.S. 1, at 16-17*)
Excise Taxes are "...taxes laid upon the manufacture, sale or consumption of
commodities within the country, upon licenses to pursue certain occupations, and upon
corporate privileges. (Cooley, Const. Lim., 7th Ed., page 680.)"
(*Flint v. Stone Tracy Co., 220 U.S. 107, at 151*)
"A tax laid upon the happening of an event, as distinguished from its tangible fruits, is an
indirect tax..."
(*Tyler v. U.S., 281 U.S. 497, at 502*)
"We must remember, too, that the revenues of the United States must be obtained in the
same territory, from the same people, and excise taxes must be collected from the same
activities, as are also reached by the States in order to support their local government."
(*Flint v. Stone Tracy Co., 220 U.S. 107, at 154*)

Since we now know that the income tax is not a tax on income, and we know it is a tax on

business activities and certain privileged occupations, what does that really mean? What

about those of us in the mainstream of America, just putting in our 40 hours and doing

our best to get by? How does this excise tax apply to us? "Since the statutory definition

of 'taxpayer' is exclusive, the federal courts do not have the power to create non-statutory

taxpayers for the purpose of applying the provisions of the revenue acts..."

(*C.I.R. v. Trustees of L. Inv. Ass'n., 100 F.2d 18, at 29*)

[Quoting Adam Smith's *Wealth Of Nations* favorably], "The property which every man

has is his own labor, as it is the original foundation of all other property, so it is the most

sacred and inviolable. The patrimony of the poor man lies in the strength and dexterity of

his own hands, and to hinder his employing this strength and dexterity in what manner he

thinks proper, without injury to his neighbor, is a plain violation of this most sacred

property..."

(*Butcher's Union Company v. Crescent City Co., 111 U.S. 746, at 757*)

[The Court finds] "...an invasion of the personal liberty, as well as of the right of

property, guaranteed by that [Fifth] Amendment. Such liberty and right embraces the

right to make contracts for the purchase of the labor of others and equally for the right to

make contracts for the sale of one's own labor..."

 (*Adair v. United States, 208 U.S. 172*)

"...Included in the right of personal liberty and the right of private property - partaking of

the nature of each - is the right to make contracts for the acquisition of property. Chief

among such contracts is that of personal employment, by which labor and other services

are exchanged for money or other forms of property. If this right be struck down or

arbitrarily be interfered with, there is a substantial impairment of liberty in the long-

established constitutional sense. The right is as essential to the laborer as to the capitalist,

to the poor as to the rich; for the vast majority of persons have no other honest way to

begin to acquire property, save by working for money."

(*Coppage v. State of Kansas, 236 U.S. 1*)

 "A state may not impose a charge for the enjoyment of a right granted by the Federal

Constitution." (*Murdock v. Pennsylvania, 319 U.S. 105, at 113*)

"The individual, unlike the corporation, cannot be taxed for the mere privilege of

existing. The corporation is an artificial entity which owes its existence and charter

powers to the state; but the individuals' rights to live and own property are natural rights

for the enjoyment of which an excise cannot be imposed."

(*Redfield v. Fisher, 292 P. 813, at 819*)

 "...Reasonable compensation for labor or services rendered is not profit..." (*Lauredale*

*Cemetery Assoc. v. Matthews, 47 Atlantic 2d 277, at 280*)

 "...The Government here contends that all gross receipts represent income which must be

reported. But gross receipts may or may not represent income, depending on the

20

circumstances... It cannot be said that conversions of capital assets invariably produce

income... It appears that the Government makes too broad a claim in asserting that gross

receipts invariably measure income or gross income..." (*United States v. Ballard, 535*

*F.2d 400*)

 "There is a clear distinction between 'profit' and 'wages' or 'compensation for labor.'

Compensation for labor cannot be regarded as profit within the meaning of the law...The

word profit is a different thing altogether from mere compensation for labor...The claim

that salaries, wages and compensation for personal services are to be taxed as an entirety

and therefore must be returned by the individual who performed the services which

produced the gain is without support either in the language of the Act or in the decisions

of the courts construing it and is directly opposed to provisions of the Act and to

Regulations of the Treasury Department..." (*U.S. v. Balard*, 535 F.2d 400, 1976)

"Keeping in mind the well settled rule, that the citizen is exempt from taxation, unless the

same is imposed by clear and unequivocal language, and that where the construction of a

tax is doubtful, the doubt is to be resolved in favor of those upon whom the tax is sought

to be laid."

(*Spreckles Sugar Refining Co. vs. McLain*: 192 US 397)

"The statute and the statute alone determines what is income to be taxed. It taxes only

income 'derived' from many different sources; one does not 'derive income' by rendering

services and charging for them." (*Edwards v. Keith*, 231 F. 110, 2nd Cir, 1916)

"...There is a clear distinction between 'Profit' and 'wages,' or compensation for labor.

(Quoting *Commercial League Association of America v. People ex re. Needles, Auditor*,

90 Ill., p 66), Compensation for labor cannot be regarded as profit within the meaning of

the law. The word 'profit,' as ordinarily used, means the gain made upon any business or

investment – a different thing altogether from mere compensation for labor."

(*Oliver v. Halstead, 86 S.E. Rep. 2d, at 868*)

"Simply put, pay from a job is a 'wage,' and wages are not taxable. Congress has taxed

INCOME, not compensation (wages and salaries)." -*Conner v. U.S.* 303 F Supp.

1187(1969).  "The general term 'income' is not defined in the Internal Revenue Code."

(*United States v. Ballard, 535 F.2d 400, at 405*)

"Income within the meaning of the Sixteenth Amendment and Revenue Act, means

'gains' ...and in such connection 'gain' means profit...proceeding from property, severed

from capital, however invested or employed and coming in, received or drawn by the

taxpayer, for his separate use, benefit and disposal..." Income is not a wage or

compensation for any type of labor.

(*Staples v. U.S.*, 21 F Supp 737 U.S. Dist. Ct. EDPA, 1937)

The Court has established beyond a shadow of a doubt that the individual American

Citizen trading his/her labor for money is exercising a right, which has not been taxed.

Since we are not taxpayers, as the IRC defines the word, do we need to keep receipts,

store records, file tax returns and invite the IRS to probe into our personal and private

affairs whenever it wants to? Can we be required to give the IRS any and all of the

information it asks of us? Are we required by law to complete a tax return every year like

the IRS claims?

"...Our system of taxation is based upon voluntary assessment and payment, not upon

distraint..." (*Flora v. United States, 362 U.S. 145*)

"The revenue laws are a code or a system in regulation of tax assessment and collection. They relate to taxpayers, and not to non-taxpayers. The latter are without their scope. No procedures are prescribed for non-taxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither of the subject nor of the object of the revenue laws."

*(Long v. Rasmussen, 281 F. 236, at 238)*

"(P)ersons who are not taxpayers are not within the system and can obtain no benefit by following the procedures prescribed for taxpayers, such as the filing of claims for refunds."

*(Economy Plumbing and Heating v. U.S., 470 F.2d 585, at 589*

"The individual may stand upon his constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his door to an investigation... He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the State... He owes nothing to the public so long as he does not trespass upon their rights."

*(Hale v. Henkle, 201 .U.S. 43)*

"The legal right of the taxpayer to decrease the amount of what otherwise would be his taxes, or to altogether avoid them by means which the law permits, cannot be doubted."

*(Gregory v. Helvering, 293 US 465)*

"Anyone may so arrange his affairs that his taxes shall be as low as possible; he is not

bound to choose that pattern which will best pay the treasury; there is not even a patriotic

duty to increase one's taxes."

(*Helvering v. Gregory*, 69 F2d 809)

What about the Sixteenth Amendment to the U.S. Constitution? Didn't it give to the

federal government the authority to tax individual incomes? Isn't that what created the

income tax? Can't the IRS tax anything it wants because of the Sixteenth Amendment?

"(The Sixteenth Amendment conferred no new power of taxation but simply prohibited

the previous complete and plenary power of income taxation possessed by Congress from

the beginning from being taken out of the category of indirect taxation to which it

inherently belonged. . . "

(*Stanton v. Baltic Mining Co.*, 240 U.S. 103, at 112)

"The Sixteenth Amendment must be construed in connection with the taxing clauses of

the original Constitution and the effect attributed to them before the Amendment was

adopted."

(*Eisner v. Macomber*, 252 U.S. 189, at 205, in 1920).

"...The confusion ... arises from the conclusion that the Sixteenth Amendment provides

for a hitherto unknown power of taxation; that is, a power to levy an income tax which,

although direct, should not be subject to the regulation of apportionment applicable to all

other direct taxes... an erroneous assumption... The purpose of the Amendment was... to

accomplish the result intended; that is, the prevention of the resort to the sources from

which a taxed income was derived in order to cause a direct tax on the income to be a

direct tax on the source itself, and thereby take an income tax out of the class of excises,

duties, and imposts, and place it in the class of direct taxes." (***Brushaber v. Union Pacific***, 240 U.S. 1, in 1915)

What you have just read is only the beginning. The IRS and every member in Congress should know these laws and court cases, because it is their JOB to know them. Yet it seems apparent that many in the IRS and Congress DO NOT know these laws and court cases. It somehow appears justifiable to these so-called public servants to misrepresent the laws and court cases through ignorance or political agenda as long it results in collecting money for the federal government. These public officials will almost always make statements which indicate that, in their view, your money and my money is in truth really their money. They will often make comments which seem to assume that every individual not actively involved in paying all he/she can into the federal coffers is really a crook holding out, really a thief stealing money belonging to the government, really an immoral and dishonest person who should be punished, really a tax cheat trying to get out of paying their fair share.

It is my belief that some in Congress and the IRS do not know these facts. But it is also my belief that many of those so-called public servants DO know the truth, and they are actively engaged in hiding the truth from the American people. These men and women are paid with our money, and are paid to serve the public trust. So far as I can see, they are totally failing in their service of the public trust.

### The Income Tax -- *What is it?*

According to the Constitution for the united sates of America, there are only two types of taxes the federal government can levy. The first is a direct tax, and the second is an

indirect tax.  Representatives and direct taxes shall be apportioned among the several

States which may be included within this Union, according to their respective numbers…

Article I, Section 2, **Constitution**

The Congress shall have Power to lay and collect Taxes, Duties, Imposts, and

Excises…but all Duties, Imposts and Excises shall be uniform throughout the United

States. Article I, Section 8, **Constitution**

A direct tax is a tax on persons or on property. A tax on you just for existing or for living

in America would be a direct tax. Or a tax on you based on how much land you own or

how many chimneys in your house or how many servants you have would be other

historical examples of direct taxes. As we saw in Article I, Section 2 of the Constitution,

direct taxes must be *apportioned to the States*. Under the Constitution, the federal

government has absolutely no authority to levy and collect a direct tax against any

individual within the several States.  An indirect tax is on activities or privileges. The tax

is not on the money made from these activities and privileges, but on the activities and

privileges themselves, with the profits made from them used to calculate the taxes due.

An example of an indirect tax is the sales tax we all pay on many different items. The tax

is on the activity of buying or selling. You notice that roadside fruit stands and garage

sales are not subject to any sales tax. This is because these activities are generally

engaged in by individuals who are not running businesses or engaged in some other

privileged activity. Selling your home-grown fruit or the items in your house is your right

as an individual, given to you by God and guaranteed to you by the Constitution. These

activities cannot be taxed. But if you apply for a business license and setup a business

address, the sales activities become subject to the sales tax and it must charge and collect

those taxes or be subject to fines and even jail time.  And as we saw in Article I, Section 8, the indirect tax must be uniform throughout the area. The State cannot enforce one tax percentage on one street and another percentage on another street.  These are the only two types of taxes that can be levied and collected by the federal government. Any tax that does not fall into one of these two categories is contrary to the Constitution.

**The Income Tax -- *What is being taxed?***

So we need to ask the question, "What is being taxed by the so-called federal income tax?" We already saw in the Congressional Record quote above that the so-called income tax is not a tax on income (property) at all. The income tax is a tax on certain activities and privileges in which you might or might not engage.

That brings up the next question: "What activity are you engaged in that subjects you to the so-called income tax?" What are you doing that puts you in a position to be required to file a Form 1040 and pay income taxes every year? You can ask the IRS this question every day for the rest of your life, and you will never get an answer. You can ask your tax professional this same question and he/she will either not give you an answer or will state something like, "Well, you are working aren't you?"  This response from your tax professional is a non-answer, words that are offered to make you think that you just got an answer when none was really given. If you get this kind of answer, then ask, "Where is the section of law that states this?" I promise you that you won't get any section of law from your so-called tax professional. In fact, it has been my experience that the tax professional will say something like, "It sounds like you have been listening to some tax protester group. You need to be careful about that. The IRS goes after those types and puts them in jail." But other than trying hard to scare you away from people like us,

27

expect that your tax professional will give you no answer to what was probably the most important question you have ever asked him/her.

Remember, an activity may or may not be a privilege taxable for revenue purposes. If it is, then Congress may or may not have passed legislation levying a tax on that activity. If it has, then that activity must be listed in some statute as being taxable for revenue purposes. If it is not listed in any statute as taxable, then it is not taxable. It is just that simple. "It cannot be denied that the Legislature can name any privilege a taxable privilege and tax it by means other than an income tax, but the Legislature cannot name something to be a taxable privilege unless it is first a privilege." *Jack Cole Company v. Alfred T. MacFarland, Commissioner,* 206 Tenn. 694, 337 S.W.2d 453 (Tenn. 1960) You see, in order for an activity to be taxed, it must be specified somewhere in the tax law as being taxed. Otherwise it HAS NOT BEEN TAXED. The old adage from law school is, "If it is not *IN LAW*, it is not *LAW*." So where is the list of activities *in law* that is subject to the so-called income tax? If you have not seen this list, then how do you know that you are currently engaged in one of those activities? If you don't know that you are engaged in an activity that is taxable for revenue purposes, then why are you filing your Form 1040 and paying income taxes? Of course, we have all been indoctrinated into believing that if we are earning a living that this is somehow taxable. But if it is so simple, then why doesn't the IRS say so?

## PARTIES OF THE CASE

**Plaintiff;** Steve L. Chamberlain the Petitioner in this action setting forth claim of injuries.

**Defendants;** United States dba Corporation, Department of the IRS dba Corporation,

TAX DEPARTMENT.

Richard D. Euliss, (Official and Personal Capacity) Defendant.

Bruce T. Russell, (Official and Personal Capacity) Defendant.

All of the defendants come under Title 28 USC 3002 15 (a) as department under the

United States Corporation definition. Also defendants in their personal capacity and can

not use the Department of Justice law firm and/or any of their lawyers/attorneys to

defend.

## FOUNDATION & BASES FOR THE COMPLAINT

The defendants have committed tax fraud upon the Petitioner. By and thru the different

departments of the United States Corporation as listed under 28 USC 3002 15 (a). The

United States Corporation created Title 26 of THE UNITED STATES CODES and Title

26 of CODE OF FEDERAL REGULATION on how they are to tax its own Federal &

State employee, aliens, and corporations as found under 26 USC 6331(a) and the CFR

under Title 26.

1. The United States dba Corporation is the Law Firm for the Department of IRS

Corporation under the Treasury Department, which collect for the Federal Reserve Bank

which is also a private Corporation.

2. The Defendants which collected fraudulent taxes under the heading United States dba

Corporation for the United States Corporation in the name of the Department of IRS

and/or the Department of Justice.

29

3. The key element of the claim is tax fraud and the collusion between the main United

States Corporation and it Franchise Corporation listed as the STATE OF FLORIDA and

the Department of IRS under Treasury Department under the control of the Federal

Reserve Bank which is also a private Corporation.

The complaint below goes into detail on how the fraud came about and that we are

dealing with the departments/ corporations of the United States under the Judiciary and

judicial procedure manual under Title 28 USC. 3002 15(a) and under the Constitution of

the United States 14th amendment section 3 which was created by the reconstruction Act

of 1868. Placing all of the State offices under the jurisdiction of the Federal Corporation

know as the District of Columbia / The

United States.

### The doctrine of Uberrima Fides; Hold the four rules of fiduciary obligation

1. Must not benefit from their position(s)

2. Must provide full disclosure of all activities'

3. May not compromise the beneficiary's interests

4. May not delegate absolute responsibility over their beneficiary's interest

### The Doctrine of Contra Non Valentem

The rule that a limitation or prescriptive period does not begin to run against a plaintiff

who is unable to act usually. Because of the defendants culpable act, such as concealing

material information that would give rise to the plaintiffs claim- Often shortened to

Contra Non Valentem (Case limitation of action key 43,95,CJS Employer- Employee

Relationship sec. 87; Limitation of action sec. 81- 84,87,131,138,142,164-165,170-

173,175-176,183,198-205; Physicians, surgeons, and other health-care providers sec. 108, RICO sec 16

## COMPLAINT

Now Comes, Steve L. Chamberlain a naturalized citizen of the United States of America whom never rescinded his Citizenship to his Country. This document comes in a form of a complaint in the name of **Steve L. Chamberlain, SET FORTH THIS CLAIM OF INJURY** CAUSED BY EMPLOYEES OF THE CORPORATION AND THEIR TRUSTEE UNDER THE NAME OF THE UNITED STATES/GOVERNMENT / CORPORATION TITLE 28 SEC.3002 SEC.15(a) GROUNDS FOR INJURY VIOLATIONS OF TITLE 50 TWEA WAR CRIMES, HATE CRIMES, R.I.C.O. HONEST SERVICE FRAUD & VIOLATION OF THE DISTRICT OF COLUMBIA CONSTITUTION & THE DISTRICT OF COLUMBIA STATUTES. That the actions of the federal Government and State Government, the federal President and State Governor, the federal Congress and State legislators and the federal Judiciary and State Judicial branch acting in concert with the Treasury, DOJ and FRB constitute an unlawful usurpation of the Constitution for the united States of America, for the purpose(s) of implementing exclusive Legislation, in all cases whatsoever (Statutory Jurisdiction) over the People, to the detriment of lawful money in these united States of America and for Treason, high Crimes and Misdemeanors (Article II Section 4 and Article III Section 3); and (Article I section 10 clause 1)The Federal CEO Corporate President of then as well as of today along with all Federal and State government. Federal Corporation/State Corporation/Foreign Corporation or "doing business as" under any other name aka has

become a "domestic enemy" by implementing & re-implementing the Bankruptcy of (1930-32) and "War and Emergency Powers" (March 9, 1933 and subsequently) and "International Emergency and War Powers" (1977) in contradiction to Article 4 Section 4; "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion (from all enemies foreign and domestic); and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."

By and thru the passing of The Amendatory Act of March 9, 1933. Title 50, USC Trading with the Enemy Act Public Law No. 65-91 (40 Stat. L. 411) October 6, 1917. The original Trading with the Enemy Act **excluded citizens** of the United States from being treated as the enemy when involved in transactions wholly within the United States. The Amendatory Act of March 9, 1933, however, **included the people** of the United States as the enemy by inserting the following **"citizens within the United States"**. The issue of abuse upon the American national(s) comes from the misuses of Title 50 of the U.S.C. TWEA.


## JUDICIAL NOTICE TO THIS COURT

That, We, the people of the States in America have overtly provided Congress, House, and Senate Judiciary Committees with Evidences and/or Exhibits with NO concern of ANY "Due Process" Violation of/in the Courts, Judges, Prosecutors, Lawyers, Attorneys, et al., ect... Evidences of Summaries and Documentation will be provided in Discovery after Scheduling Order Issued.

SECTION TITLE 50 > CHAPTER 3 > § 23.  Jurisdiction of United States Courts and Judges; "After any such proclamation has been made, the several courts of the United States, having criminal jurisdiction," All judgments' against the people fall under criminal.  This is why the Courts refuse to answer the challenges of jurisdiction. Under the TWEA there is but one jurisdiction and that jurisdiction is criminal.

Second; TITLE 50 > CHAPTER 3 > § 21. Restraint, regulation, and removal. TITLE 50 APPENDIXES -- WAR AND NATIONAL DEFENSE Sec. 16. Offenses; punishment; forfeitures of property (a) Whoever shall willfully violate any of the provisions of this Act or of any **license, rule, or regulation** issued there under, and whoever shall willfully violate, neglect, or refuse to comply with any order
AND

Third; TITLE 18 - CRIMES AND CRIMINAL PROCEDURE PART I - CRIMES CHAPTER 95 - RACKETEERING
(2) Jurisdiction over foreign persons. - For purposes of adjudicating an action filed or enforcing a penalty ordered under this section, the district courts shall have jurisdiction over any foreign person, including any financial institution authorized under the laws of a foreign country, against whom the action is brought, if service of process upon the foreign person is made under the Federal Rules of Civil Procedure or the laws of the country in which the foreign person is found, and –

(A) the foreign person commits an offense under subsection

(a) involving a financial transaction that occurs in whole or in part in the United States;

(B) the foreign person converts, to his or her own use, property in which the United States has an ownership interest by virtue of the entry of an order of forfeiture by a court of the United States;
or
(C) the foreign person is a financial institution that maintains a bank account at a financial institution in the United States.

(3) Court authority over assets. - A court described in paragraph (2) may issue a pretrial restraining order or take any other action necessary to ensure that any bank account or other property held by the defendant in the United States is available to satisfy a judgment under this section.

(4) Federal receiver-

(A) In general. - A court described in paragraph (2) may appoint a Federal Receiver, in accordance with subparagraph (B) of this paragraph, to collect, marshal, and take custody, control, and possession of all assets of the defendant, wherever located, to satisfy a civil judgment under this subsection, a forfeiture judgment under section 981 or 982, or a criminal sentence under section 1957 or subsection (a) of this section, including an order of restitution to any victim of a specified unlawful activity.

33

(B) Appointment and authority. - A Federal Receiver described
in subparagraph (A) –

(i) may be appointed upon application of a Federal prosecutor or a Federal or State
regulator, by the court having jurisdiction over the defendant in the case;
(ii) shall be an officer of the court, and the powers of the Federal Receiver shall include
the powers set out in section 754 of title 28, United States Code; and
(iii) shall have standing equivalent to that of a Federal prosecutor for the purpose of
submitting requests to obtain information regarding the assets of the defendant
(I) from the Financial Crimes Enforcement Network of the Department of the Treasury;
or
(II) from a foreign country pursuant to a mutual legal assistance treaty, multilateral
agreement, or other arrangement for international law enforcement assistance, provided
that such requests are in accordance with the policies and procedures of the Attorney
General.

(c) As used in this section -
The term United States has been defined in Title 28, USC under § 3002 15 (a) as a
Federal Corporation CJS Vol 20 § 1785 a Foreign Corporation and substantiated by
Supreme Court case laws.

## BLACKS LAWS FIFTH EDTION
FOREIGN STATE; A "foreign state" within statues providing for expatriation of
America citizens who are naturalized under laws of a foreign state in a country which is
not the United States, or its possession or colony, an alien country, other than their own.
Kletter v. Dulles, D.C.D.C.111F.SUPP.593, 598.

TITLE 8 > CHAPTER 12 > SUBCHAPTER I > § 1101
(14) The term "foreign state" includes outlying possessions of a foreign state, but self-
governing dominions or territories under mandate or trusteeship shall be regarded as
separate foreign states.

At no time has the Plaintiff expatriated himself from his country. By and through the

passing of Title 50, USC TWEA all public officials knowingly or unknowingly have

declared themselves to be foreign and did expatriate from the original united States of

America to become a citizen of the UNITED STATES located in the District of

Columbia as defined by the United States Supreme Court in the following case laws.

"The high Court confirmed that the term "United States" can and does mean three

completely different things, depending on the context:" Hooven & Allison Co. vs. Evatt,

34

324 U.S. 652 (1945) & *United States v. Cruikshank*, 92 U.S. 542 (1876) & United States v. Bevans, 16 U.S. 3 Wheat. 336 336 (1818) these case laws show that there are three different and distinct forms of the United States of America.

The Federal and State Courts and the Federal and State pretenders and their agents have misused the meaning of these Supreme Court cases along with title 50 of the USC and have knowingly defrauded the America people by expatriating the people from their own country in the courtrooms and silenced them making the people the enemy of the state under this USC title 50. By and thru mandatory licensing, regulation of transactions in foreign exchange of gold or silver to FEDERAL RESERVE NOTES, property transfers, by placing all property under the name of the State such as homes, vehicles, children, animals, firearms and etc. The Federal and State pretender and or agents have made a willful presumption of expatriation on the part of the People therefore denying the People their rights to their lawful standing as American Nationals. The court has willfully and knowing concealed this from the people. The following Congressional Statute at large has given the People protection from foreign state under the federal constitutional 11th amendment not subject to foreign state.

15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868.
Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States Whereas the rights of expatriation is a nature and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this principle this government has freely received emigrants from all nations, and invested them with the right of citizenship; and whereas it is claimed that such American citizens, with their descendants, are subjects of foreign states, owing allegiance to the government thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed, Therefore:

Be it enacted by the Senate and the House of Representatives of the United States of American in Congress assembled, that any declaration, instruction, opinion, order, or decision, of any officers of a government which denies, restricts, impairs or questions the

rights of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

**TITLE 50, APPENDIX App. > TRADING > ACT > § 2**
§ 4. Licenses to enemy or ally of enemy insurance or reinsurance companies; change of name; doing business in United States.

### Required SR 22 bond

Laws vary from state to state on the legal requirements one must meet in order to be a licensed driver. In most states, one must carry proof of insurance in order to drive; being caught without proof of insurance carries a stiff penalty. An SR22 is a financial responsibility document that informs the state that a driver has met his or her insurance requirements.

### Function

While all states require drivers to be insured in order to legally drive, most states do not require that the state has documentation of said insurance unless the driver is pulled over or otherwise attracts the attention of the Department of Motor Vehicles. In certain cases, however, a driver will need to register his or her insurance with the state, and that is where the SR22 comes in. The SR22 is generally filed by the insurance provider and tells the state that the driver does have the insurance required to be on the road. In the event that the insurance policy is canceled, the provider is likewise required to inform the state that the driver does not have the required coverage.

### State-to-State Differences

Some states (Pennsylvania, Delaware, Minnesota, Kentucky, New Mexico, and Oklahoma) never require an SR22, but if a driver required one in his or her previous state, it is still necessary to remain on file with that state; moving from Ohio to Oklahoma will not absolve one of his or her responsibilities towards Ohio. Additionally, if the

requirements for insurance are different, the driver must meet the requirements for both

states in order to drive legally. Neither New York nor North Carolina, however, require

out-of-state SR22 filings.

§ 5. Suspension of provisions relating to ally of enemy; regulation of transactions in

foreign exchange of gold or silver, property transfers, vested interests, enforcement and

penalties. The federal Congress has failed to provide for the Punishment of counterfeiting

the Securities and current coin of the United States in contradiction to Article I Section 8

Clause 6 by implementing the FRB in 1913; HJR 192 - Federal Reserve Notes are NOT

lawful money - "payment is declared to be against public policy" (31 U.S.C. 5118(d)).

§ 21. Claims of naturalized citizens as affected by expatriation

The claim of any naturalized American citizen under the provisions of this Act [sections

1 to 6, 7 to 39, and 41 to 44 of this Appendix] shall not be denied on the ground of any

presumption of expatriation which has arisen against him, under the second sentence of

section 2 of the Act entitled "An Act in reference to the expatriation of citizens and their

protection abroad," approved March 2, 1907, if he shall give satisfactory evidence to the

President, or the court, as the case may be, of his uninterrupted loyalty to the United

States during his absence, and that he has returned to the United States, or that he,

although desiring to return, has been prevented from so returning by circumstances

beyond his control.

By the Federal and State Courts allowing such act by the Federal and State pretender and

or agents who have expatriated themselves from the constitutional form of government to

a foreign state standing then to allow the misuse or impersonate a constitutional position

in order to collect federal funds and to bond these cases to place in an insurance account

under ticket numbers, case number or use of federal ID number in a time that a State

Emergency has been declared. This misuse of that public office and in a state of

emergency is a war crime and also is defined as a hate crime as a group is being

singled out (American National) and also falls under the term of R.I.C.O. (TITLE 18 >

PART I > CHAPTER 96 > § 1961. **Definitions**

**(1)** "racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical.

**(2)** "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, any territory or possession of the United States, any political subdivision, or any department, agency, or instrumentality thereof;

**(3)** "Enterprise" includes any individual, partnership, **corporation, association,** or other **legal entity,** and any union or group of individuals associated in fact although not a legal entity;

**(4)** "pattern of racketeering activity" requires at least two acts of racketeering activity, one of which occurred after the effective date of this chapter and the last of which occurred within ten years (excluding any period of imprisonment) after the commission of a prior act of racketeering activity;

**Definition of a war crime comes under:**

TITLE 18 > PART I > CHAPTER 118 > § 2441. **War crimes**

(d) Common Article 3 Violations—
(1) Prohibited conduct— In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach of common Article 3 of the international conventions done at Geneva August 12, 1949), as follows:

(A) Torture— The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.

(B) Cruel or inhuman treatment— The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.

(C) Performing biological experiments.— The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.

(D) Murder— The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.

(I) Taking hostages— The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.

(2) Definitions— In the case of an offense under subsection (a) by reason of subsection (c)(3)—

(A) the term "severe mental pain or suffering" shall be applied for purposes of paragraphs (1)(A) and (1)(B) in accordance with the meaning given that term in section 2340 (2) of this title;

### TITLE 18 > PART I > CHAPTER 113C > § 2340. Definitions

(2) "severe mental pain or suffering" means the prolonged mental harm caused by or resulting from

(C) the threat of imminent death; or

(D) the threat that another person will imminently be subjected to death, severe physical pain or suffering, or the administration or application of mind-altering substances or other procedures calculated to disrupt profoundly the senses or personality; and

(3) "United States" means the several States of the United States, the District of Columbia, and the commonwealths, territories, and possessions of the United States.

## DOMESTIC TERRORISM

There is no single, universally accepted definition of terrorism. Terrorism is defined in

the Code of Federal Regulations as "...the unlawful use of force and violence against

persons or property to intimidate or coerce a government, the civilian population, or any

segment thereof, in furtherance of political or social objectives." (28 C.F.R. Section 0.85)

**TITLE 18 > PART I > CHAPTER 113B >§ 2331. Definitions**

**(5)** the term "domestic terrorism" means activities that—

**(A)** involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;

**(B)** appear to be intended—

    **(i)**      to **intimidate or coerce a civilian population;**

**HR 3162 RDS**

SEC. 802. DEFINITION OF DOMESTIC TERRORISM.
`(5) the term `domestic terrorism' means activities that—

`(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;

`(B) appear to be intended--

`(i) to intimidate or coerce a civilian population

**HATE CRIMES**

When the Federal Government; Legislative, Executive and Judicial branches allow such

action they are now aiding & abating in Hate crimes as defined by the FBI in the

following issue. When these Government offices have had complaint filed into them and

the people have had appointment to cover these issues in person with the public officials

and they refuse to address the complaint by hiding behind the separation of power clause.

These are the same officials who create, enforce and administer the laws. If law can be

created to injure, be enforced and administered to injure the people then laws can be

made to reverse such injuries by the same means.

40

**The FBI's hate-crime report for 2002 quotes a statement about hate crimes by the**
*American Psychological Association*:

"...not only is it an attack on one's physical self, but is also an attack on one's very
identity. "Attacks upon individuals because of a difference in how they look, pray or
behave have long been a part of human history. It is only recently, however, that our
society has given it a name and decided to monitor it, study it and legislate against it."
The FBI defines a hate crime (a.k.a. bias crime) to be: "a criminal offense committed
against a person, property or society which is motivated, in whole or in part, by the
offender's bias against a **race,** religion, disability, sexual orientation, or
**ethnicity/national origin**." (American Nationals) Public Law #103-322A, a 1994 federal
law, defines a hate crime as: "a crime in which the defendant intentionally selects a
victim, or in the case of a property crime, the property that is the object of the crime,
because of the actual or **perceived race**, color, religion, **national origin**, ethnicity,
gender, disability, or sexual orientation of any person."

## Official definitions of hate crimes:

Typical hate crime laws criminalize the use of force, or the threat of force, against a
person because they are a member of a specific, **protected group**. Four definitions of the
term "*hate crime*" are:

**Hate Crimes Statistics Act (1990):** "... crimes that manifest evidence of prejudice based
on race, religion, sexual orientation, or ethnicity, including where appropriate the crimes
of murder, non-negligent manslaughter, forcible rape, aggravated assault, simple assault,
intimidation, arson, and destruction, damage or vandalism of property." (Public Law 101-
275).

41

**Bureau of Justice Administration** (BJA; 1997): "Hate crimes--or bias-motivated crimes—are defined as offenses motivated by hatred against a victim based on his or her **race,** religion, sexual orientation, ethnicity, or **national origin**."

**Anti-Defamation League** (ADL): A hate crime is "any crime committed because of the victim's actual or **perceived race**, color, religion, ancestry, **national origin**, disability, gender [male or female] or sexual orientation."

**National Education Association** (NEA): "Hate crimes and violent acts are defined as offenses motivated by hatred against a victim based on **his or her beliefs** or mental or physical characteristics, **including race, ethnicity**, and sexual orientation." Traditional hate crime legislation protects persons because of "*his race, color, religion or national origin ,* " as in the case of the 1969 federal hate crimes law. (18 U.S.C. Section 245). Most state laws now include additional protected groups. Some laws are restrictive and only protect a member of a group if she/he is involved in specific activities. For example, the 1969 federal law only applies if the crime happens when a person is attending a public school or is at work or participating in one of four other "*federally protected activities.*"

### TITLE 18, U.S.C., SECTION 245

The portion of Section 245 of Title 18 which is primarily enforced by the Criminal Section makes it unlawful to willfully injure, intimidate or interfere with any person, or to attempt to do so, by force or threat of force, because of that other person's race, color, religion or national origin and because of his/her activity as one of the following: (b) a participant in any benefit, service, privilege, program, facility or activity provided or administered by the United States. (e) a participant in any program or activity receiving

federal financial assistance. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

**TITLE 26 > Subtitle F > CHAPTER 64 > Subchapter D > PART II > § 6331. Levy and Distraint**

**(a) Authority of Secretary**

If any person liable to pay any tax neglects or refuses to pay the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (and such further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax. Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official. If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in this section.

United States Supreme Court case decisions on taxes just to name a few:

Taxes can only apply to those under 26 USC 6331 and not the people of the several fifty states. Below are the case laws.

1. 1895 Pollock v. Farmers Loan and Trust Co. 157 U. S. 429, 158 U.S. 601 The Supreme Court ruled "income tax" unconstitutional.

2. 1920 Eisner v. Mcomber, 252 U.S. 189, 206 Congress cannot by any definition it may adopt conclude what income is, since it cannot by legislation alter the Constitution, from which alone it derives its power to legislate and within who's limitations alone that power Can be lawfully exercised.

3. 1935 U.S. v. Constantine, 296 U.S. 287 The INTERNAL REVENUE SERVICE Ruled unconstitutional since prohibition has been repealed. No legislative act has ever lawfully established the IRS as a Department of the United States Treasury.

4. 1818: U. S. v. Beavans, 16 U.S. 336. Established two separate jurisdictions within the United States Of America: 1. The "federal zone" and 2. "the 50 States". The I.R.C. (INTERNAL REVENUE CODE) only has jurisdiction within the "federal Zone".

5. Fraud by Trickery: Zone Improvement Plan (Zip Code) Congress divides the union states (50 ) into 10 Federal Zones in violation of Constitution and Color of Law. Found in Postal Code.

6. Fraud in the inducement, the Federal Reserve was created on Jekyll Island and not the halls of Congress: nor was there a bidding procedure in violation of state law.  There are two types of action to which any Court can operate one is civil as found in the Federal Rule of Civil Procedure Rule 2 or under Criminal which is found under Title 50 Chapter 3 Section 23 Jurisdiction of United States courts and judges; upon complaint against any **alien enemy resident** and at large within such jurisdiction or district, to the danger of the public peace. The department of the IRS is misusing this section as defined below.

TITLE 26 > Subtitle A > CHAPTER 3 > Subchapter A Taxation of Resident Aliens Taxable Income resident alien's income is generally subject to tax in the same manner as a U.S. citizen. If you are a resident alien, you must report all interest, dividends, wages, or other compensation for services, income from rental property or royalties, and other types of income on your U.S. tax return. You must report these amounts whether from sources within or outside the United States.

**United States Congressional Record, March 17, 1993 Vol. 33, page H-1303**

It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1,Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress in session June 5, 1933 - Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only. Federal Reserve Notes (FRNs) are unsigned checks written on a closed account. FRNs are an inflatable paper system designed to create debt through inflation (devaluation of currency). Whenever there is an increase of the supply of a money substitute in the economy without a corresponding increase in the gold and silver backing, inflation occurs.

The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3] The Federal Reserve System is a sovereign power structure separate and distinct from the federal United States government. The Federal Reserve is a maritime lender, and/or maritime insurance underwriter to the federal United States operating exclusively under

Admiralty/Maritime law. The lender or underwriter bears the risks, and the Maritime law compelling specific performance in paying the interest, or premiums are the same. Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913) "Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, -in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System. In return, the Federal Reserve System agreed to extend the federal United States corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens as collateral against the un-payable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers. The Banks are listed neither as "wholly owned" government corporations under 31 U.S.C. § 846 nor as "mixed ownership" corporations under 31 U.S.C. § 856, a factor considered in Pearl v. United States, 230 F.2d 243 (10th Cir. 1956), which held that the Civil Air Patrol is not a federal agency under the Act. Closely resembling the status [*1242] of the Federal Reserve Bank, the Civil Air Patrol is a non-profit, federally chartered corporation organized to serve the public welfare. But because Congress'

46

control over the Civil Air Patrol is limited and the corporation is not designated as a

wholly owned or mixed  ownership government corporation under 31 U.S.C. §§ 846 and

856, the court concluded that the corporation is a non-governmental, independent entity,

not covered under the Act.  Finally, the Banks are empowered to sue and be sued in their

own name. 12 U.S.C. § 341.

## CONCLUSION

The issue being place before this Court and/or of the District of Columbia real Tax Court

is a history of the abuse being allowed by the Federal and State Courts outside the Ten

square miles and by the Federal Courts inside the District of Columbia against all

American Nationals. This is in direct violation of our federal constitution and statutes and

title 50 and the 15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868 Chap.

CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States and of

the above. The American people never rescinded their citizenship to their country, but by

the misuse of legislation, created by the Bar Association, public officials have

fraudulently expatriated themselves from our Country the united States of America and

their citizenship to a foreign state standing outside of the constitution and suspended the

Federal and all State Constitutions without the people's knowledge or consent. By the

Courts continuing these actions in the courtrooms they have become a co-conspirator in

acts of mutiny and the overthrow of a constitutional form of government. Legislators are

hiding behind the separation of power clause, knowing full well of these injuries, being

done to the people. When legislation by Congress could be created to prevent this injury,

and their willful failure to do so, makes them as guilty as those court officials who deny

prevent these actions in the courtroom and conceals the truth, this now shows collusion between all three branches of government. One branch of our government should have integrity to stand up for what is right. Their failure to do so comes under the term of high crimes and treason, war crimes, human rights violations, R.I.C.O., etc. This Court and/or the District of Columbia real Tax Court is being placed on Notice. Every Federal and State Court outside of the Ten square miles area and the Federal Court inside of that ten square miles, area have made justice impossible, through its own corruption. For the People lacked enforcement and have been denied the ability to defend him/herself as those in Nazis Germany under Hitler. Those who sat in the same position in Germany at that time as members of their government and military stood before our Military Court and the World Court and were tried for war crimes and crimes against humanity. Years later they are still being rounded up and charged. There is no statute of limitation on these types of crimes. This Court and/or the District of Columbia real Tax Court has the choice to find some type of humanity to give to the People of this nation or pursuing their course of action, knowing that such action is a crime and some day run the risk to be tried in another world court. This Court and/or the District of Columbia Court is fully aware that a corporation can not bring charges against a living being. The High Court has ruled this in U.S. Supreme Court PENHALLOW v.DOANE'S ADM'RS, 3 U.S. 54 (1795) and Federal Rules of Civil Procedure, Rule 17, requires a interest party a living body. Case law Title 28, USC 1601-1611 FSIA protects the people under the 11th amendment as all government offices, State, local political subdivision, judicial etc. come under Rule 4 j as a Foreign State. The question will arise to the issue of 12(b)(6), failure to state a claim to which relief can be granted. How does one put a price on such crimes against humanity?

The real issue should be where the 12(b)(6) claim for the People or 12(b)(1)(2) rule 17, where are the people's immunity. If they, the corporation, were as censured over the people's claims for damages and immunity and their rights We the People would not be seeking relief in this Court now.

NOTICE: We, the people, reserve the right to amend this Petition at any time during the process of this action at bar.

### Federal Reserve Banks,

Examining the organization and function of the Federal Reserve Banks, and applying the relevant factors, we conclude that the Reserve Banks are not federal instrumentalities for purpose of the FTCA, but are independent, privately owned and locally controlled corporations."

Each Federal Reserve Bank is a separate corporation owned by commercial banks in its region. The stockholding commercial banks elect two thirds of each Bank's nine member board of directors. The remaining three directors are appointed by the Federal Reserve Board. The Federal Reserve Board regulates the Reserve Banks, but direct supervision and control of each Bank is exercised by its board of directors. 12 U.S.C. § 301. The directors enact by-laws regulating the manner of conducting general Bank business, 12 U.S.C. § 341, and appoint officers to implement and supervise daily Bank activities. These activities include collecting and clearing checks, making advances to private and commercial entities, holding reserves for member banks, discounting the notes of member banks, and buying and selling securities on the open market. See 12 U.S.C. §§ 341 361.

The fact that the Federal Reserve Board regulates the Reserve Banks does not make them federal agencies under the Act. In United States v. Orleans, 425 U.S. 807, 96 S. Ct. 1971, 48 L. Ed. 2d 390 (1976), the Supreme Court held that a community action agency was not a federal agency or instrumentality for purposes of the Act, even though the agency was organized under federal regulations and heavily funded by the federal government. Because the agency's day to day operation was not supervised by the federal government, but by local officials, the Court refused to extend federal tort liability for the negligence of the agency's employees. Similarly, the Federal Reserve Banks, though heavily regulated, are locally controlled by their member banks. Unlike typical federal agencies, each bank is empowered to hire and fire employees at will. Bank employees do not participate in the Civil Service Retirement System. They are covered by worker's compensation insurance, purchased by the Bank, rather than the Federal Employees Compensation Act. Employees traveling on Bank business are not subject to federal travel regulations and do not receive government employee discounts on lodging and services

## REFERANCE COURT CASES

1. Picking v. Pennsylvania R. Co. 151 Fed. 2nd 240; Pucket v. Cox 456 2nd 233. Pro se pleadings are to be considered without regard to technicality; pro se litigants pleadings are not to be held to the same high standards of perfection as lawyers. Platsky v. C.I.A. 953 F.2d. 25. Additionally, pro se litigants are to be
given reasonable opportunity to remedy the defects in their pleadings. Reynoldson v Shillinger 907F .2d 124, 126 (10th Cir. 1990); See also Jaxon v Circle K. Corp. 773 F.2d 1138, 1140 (10th Cir. 1985) (1)

2. Haines v. Kerner (92 S. Ct. 594). The respondent in this action is a non-lawyer and is moving forward in Propria persona.

3. NAACP v. Button (371 U.S. 415); United Mineworkers of America v. Gibbs (383 U.S. 715); and Johnson v. Avery 89 S. Ct. 747 (1969). Members of groups who are competent

non-lawyers can assist other members of the group achieve the goals of the group in court without being charged with "Unauthorized practice of law."

4. Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar (377 U.S. 1); Gideon v. Wainwright 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425. Litigants may be assisted by unlicensed layman during judicial proceedings.

5. Howlett v. Rose, 496 U.S. 356 (1990) Federal Law and Supreme Court Cases apply to State Court Cases

6. Federal Rules Civil Proc., Rule 17, 28 U.S.C.A. "Next Friend" A next friend is a person who represents someone who is unable to tend to his or her own interest...

7. Oklahoma Court Rules and Procedures,
Title 12, sec. 2017 (C) "If an infant or incompetent person does not have a duly appointed representative he may sue by his next friend or by a guardian ad litem."

8. Mandonado-Denis v. Castillo-Rodriguez, 23 F3d 576 (1st Cir. 1994) Inadequate training of subordinates may be basis for 1983 claim.

9. Warnock v. Pecos County, Tex., 88 F3d 341 (5th Cir. 1996) Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

10. Title 42 U.S.C. Sec. 1983, Wood v. Breier, 54 F.R.D. 7, 10-11 (E.D. Wis. 1972). Frankenhauser v. Rizzo, 59 F.R.D. 339 (E.D. Pa. 1973). "Each citizen acts as a private attorney general who 'takes on the mantel of sovereign',"

11. Oklahoma is a "Right to Work" State! Bill SJR1! Its OK to practice God`s law with out a license, Luke 11:52, God`s Law was here first! "There is a higher loyalty than loyalty to this country, loyalty to God" U.S. v. Seeger, 380 U.S. 163, 172, 85 S. Ct. 850, 13 L. Ed. 2d 733 (1965)

12. "The practice of law can not be licensed by any state/State. Schware v. Board of Examiners, United States Reports 353 U.S. pgs. 238, 239. In Sims v. Aherns, 271 S.W. 720 (1925) "The practice of law is an occupation of common right." A bar card is not a license, its a dues card and/or membership card. A bar association is that what it is, a club, A association is not license, it has a certificate through the State, the two are not the same..........

### 31 Questions and Answers about

### the Internal Revenue Service

Revision 3.4

certified by

**Paul Andrew Mitchell, B.A., M.S.**

Citizen of California, Federal Witness,

Private Attorney General, Author and

Webmaster of the Supreme Law Library

Internet URL of home page:

**http://www.supremelaw.org**

Internet URL of this file:

http://www.supremelaw.org/sls/31answers.htm

Common Law Copyright

All Rights Reserved without Prejudice

1. Is the Internal Revenue Service ("IRS") an organization within the U.S. Department of

the Treasury?

Answer: No. The IRS is not an organization within the United States Department of the

Treasury. The U.S. Department of the Treasury was organized by statutes now codified in

Title 31 of the United States Code, abbreviated "31 U.S.C." The only mention of the IRS

*anywhere* in 31 U.S.C. §§ 301-310 is an authorization for the President to appoint an

Assistant General Counsel in the U.S. Department of the Treasury to be the Chief

Counsel for the IRS. See 31 U.S.C. 301(f)(2).  At footnote 23 in the case of Chrysler

Corp. v. Brown, 441 U.S. 281 (1979), the U.S. Supreme Court admitted that no organic

Act for the IRS could be found, after they searched for such an Act all the way back to

the Civil War, which ended in the year 1865 *A.D.* The Guarantee Clause in the U.S.

Constitution guarantees the Rule of Law to all Americans (we are to be governed by Law and not by arbitrary bureaucrats). See Article IV, Section 4. Since there was no organic Act creating it, IRS is not a lawful organization.

2. If *not* an organization within the U.S. Department of the Treasury, then what exactly is the IRS?

Answer: The IRS appears to be a collection agency working for foreign banks and operating out of Puerto Rico under color of the Federal Alcohol Administration ("FAA"). But the FAA was promptly declared unconstitutional inside the 50 States by the U.S. Supreme Court in the case of U.S. v. Constantine, 296 U.S. 287 (1935), because Prohibition had already been repealed. In 1998, the United States Court of Appeals for the First Circuit identified a second "Secretary of the Treasury" as a man by the name of Manual Díaz-Saldaña. See the definitions of "Secretary" and "Secretary or his delegate" at 27 CFR 26.11 (formerly 27 CFR 250.11), and the published decision inUsed Tire International, Inc. v. Manual Díaz-Saldaña , court docket number 97 - 2348 , September 11, 1998. Both definitions mention Puerto Rico. When all the evidence is examined objectively, IRS appears to be a money laundry, extortion racket, and conspiracy to engage in a pattern of racketeering activity, in violation of 18 U.S.C. 1951 and1961 *et seq.* ("RICO"). Think of Puerto RICO (Racketeer Influenced and Corrupt Organizations Act); in other words, it is an organized crime syndicate operating under false and fraudulent pretenses. See also the Sherman Act and the Lanham Act.

3. By what legal authority, if any, has the IRS established offices *inside* the 50 States of the Union?

Answer: After much diligent research, several investigators have concluded that there is
no known Act of Congress, nor any Executive Order, giving IRS lawful jurisdiction to
operate within *any* of the 50 States of the Union. Their presence within the 50 States
appears to stem from certain Agreements on Coordination of Tax Administration
("ACTA"), which officials in those States have consummated with the Commissioner of
Internal Revenue. A template for ACTA agreements can be found at the IRS Internet
website and in theSupreme Law Library on the Internet. However, those ACTA
agreements are demonstrably fraudulent, for example, by expressly defining "IRS" as a
lawful bureau within the U.S. Department of the Treasury. (See Answer to Question 1
above.) Moreover, those ACTA agreements also appear to violate State laws requiring
competitive bidding *before* such a service contract can be awarded by a State government
to any subcontractor. There is no evidence to indicate that ACTA agreements were
reached after competitive bidding processes; on the contrary, the IRS is adamant about
maintaining a *monopoly* syndicate.

4. Can IRS legally show "Department of the Treasury" on their outgoing mail?

Answer: No. It is obvious that such deceptive nomenclature is intended to convey the
false impression that IRS is a lawful bureau or department within the U.S. Department of
the Treasury. Federal laws prohibit the use of United States Mail for fraudulent purposes.
Every piece of U.S. Mail sent from IRS with "Department of the Treasury" in the return
address, is one count of mail fraud. See also 31 U.S.C. 333.

5. Does the U.S. Department of Justice have power of attorney to represent the IRS in
federal court?

Answer: No. Although the U.S. Department of Justice ("DOJ") does have power of attorney to represent federal agencies before federal courts, the IRS is not an "agency" as that term is legally defined in the Freedom of Information Act or in the Administrative Procedures Act. The governments of all federal Territories are expressly excluded from the definition of federal "agency" by Act of Congress. See 5 U.S.C. 551(1)(C). Since IRS is domiciled in Puerto Rico, it is thereby excluded from the definition of federal agencies that can be represented by the DOJ. The IRS Chief Counsel appointed by the President under authority of 31 U.S.C. 301(f)(2), could appear, or appoint a delegate to appear in federal court on behalf of IRS and IRS employees. Again, see the Answer to Question 1 above. As far as powers of attorney are concerned, the chain of command begins with Congress, flows to the President, and then to the IRS Chief Counsel, and NOT to the U.S. Department of Justice.

6. Were the so-called 14th and 16th amendments properly ratified?

Answer: No. Neither was properly ratified. In the case of People v. Boxer (December 1992), docket number #S-030016, U.S. Senator Barbara Boxer fell totally silent in the face of an Application to the California Supreme Court by the People of California, for an ORDER compelling Senator Boxer to witness the material evidence against the so called 16 th amendment. That so-called "amendment" allegedly authorized federal income taxation, even though it contains no provision expressly repealing two Constitutional Clauses mandating that direct taxes must be apportioned. The Ninth Circuit Court of Appeals and the U.S. Supreme Court have both ruled that repeals by implication are not favored. See Crawford Fitting Co . *et al* . v. J.T. Gibbons, Inc., 482 U.S. 437, 442 (1987).

The material evidence in question was summarized in AFFIDAVIT's that were properly executed and filed in that case. Boxer fell totally silent, thus rendering those affidavits the "truth of the case." The so-called 16th amendment has now been correctly identified as a major fraud upon the American People and the United States. Major fraud against the United States is a serious federal offense. See 18 U.S.C. 1031. Similarly, the so-called 14th amendment was never properly ratified either. In the case of Dyett v Turner, 439 P.2d 266, 270 (1968), the Utah Supreme Court recited numerous historical facts proving, beyond *any* shadow of a doubt, that the so-called 14th amendment was likewise a major fraud upon the American People. Those facts, in many cases, were Acts of the several State Legislatures voting for or against that proposal to amend the U.S. Constitution. The Supreme Law Library has a collection of references detailing this major fraud. The U.S. Constitution requires that constitutional amendments be ratified by three-fourths of the several States. As such, their Acts are governed by the Full Faith and Credit Clause in the U.S. Constitution. See Article IV, Section 1. Judging by the sheer amount of litigation its various sections have generated, particularly Section 1, the so-called 14th amendment is one of the worst pieces of legislation ever written in American history. The phrase "subject to the jurisdiction of the United States" is properly understood to mean "subject to the municipal jurisdiction of Congress." (See Answer to Question 19 below.) For this one reason alone, the Congressional Resolution proposing the so-called 14th amendment is provably vague and therefore unconstitutional. See 14 Stat. 358-359, Joint Resolution No. 48, June 16, 1866.

7. Where are the statutes that create a *specific* liability for federal income taxes?

Answer: Section 1 of the Internal Revenue Code ("IRC") contains no provisions creating a specific liability for taxes imposed by subtitle A. Aside from the statutes which apply *only* to federal government employees, pursuant to the Public Salary Tax Act, the only *other* statutes that create a specific liability for federal income taxes are those itemized in the definition of "Withholding agent" at IRC section 7701(a)(16). For example, see IRC section 1461. A separate liability statute for "employment" taxes imposed by subtitle C is found at IRC section 3403. After a worker authorizes a payroll officer to withhold taxes, typically by completing Form W-4, the payroll officer then becomes a withholding agent who is legally and specifically liable for payment of all taxes withheld from that worker's paycheck. Until such time as those taxes are paid in full into the Treasury of the United States, the withholding agent is the only party who is legally *liable* for those taxes, not the worker. See IRC section 7809 ("Treasury of the United States"). If the worker opts instead to complete a Withholding Exemption Certificate, consistent with IRC section 3402(n), the payroll officer is not thereby authorized to withhold any federal income taxes. In this latter situation, there is absolutely no liability for the worker or for the payroll officer; in other words, there is no liability PERIOD, specifically because there is no withholding agent.

8. Can a federal regulation create a specific liability, when no specific liability is created by the corresponding statute?

Answer: No. The U.S. Constitution vests all legislative power in the Congress of the United States. See Article I, Section 1. The Executive Branch of the federal government has no legislative power whatsoever. This means that agencies of the Executive Branch, and also the federal Courts in the Judicial Branch, are *prohibited* from making law. If an

Act of Congress fails to create a specific liability for any tax imposed by that Act, then there is no liability for that tax. Executive agencies have no authority to cure any such omission by using *regulations* to create a liability.  "[A]n **administrative agency may not create** a criminal offense or **any liability not sanctioned by the lawmaking authority, especially a liability for a tax** or inspection fee." See Commissioner of Internal Revenue v. Acker, 361 U.S. 87, 4 L.Ed.2d 127, 80 S.Ct. 144 (1959), and Independent Petroleum Corp. v. Fly, 141 F.2d 189 (5th Cir. 1944) as cited at 2 Am Jur 2d , p. 129, footnote 2 (1962 edition) [**bold** emphasis added]. However, this cite from American Jurisprudence has been *removed* from the 1994 edition of that legal encyclopedia.

9. The federal regulations create an income tax liability for what specific *classes* of people?

Answer: The regulations at 26 CFR 1.1-1 attempted to create a specific liability for all "citizens of the United States" and all "residents of the United States". However, those regulations correspond to IRC section 1, which does not create a specific liability for taxes imposed by subtitle A.  Therefore, these regulations are an overly broad extension of the underlying statutory authority; as such, they are unconstitutional, null and void *ab initio* (from the beginning, in Latin). The Ackercase cited above held that federal regulations can not exceed the underlying statutory authority. (See Answer to Question 8 above.)

10. How many *classes* of citizens are there, and how did this number come to be?

Answer: There are two (2) classes of citizens: State Citizens and federal citizens. The first class originates in the Qualifications Clauses in the U.S. Constitution, where the term

"Citizen of the United States" is used. (See 1:2:2, 1:3:3 and 2:1:5.) Notice the UPPER-CASE "C" in "Citizen". The pertinent court cases have defined the term "United States" in these Clauses to mean "States United", and the full term means "Citizen of ONE OF the States United". See People v. De LaGuerra, 40 Cal. 311, 337 (1870); Judge Pablo De La Guerra signed the California Constitution of 1849, when California first joined the Union. Similar terms are found in the Diversity Clause at Article III, Section 2, Clause 1, and in the Privileges and Immunities Clause at Article IV, Section 2, Clause 1. Prior to the Civil War, there was only one (1) class of Citizens under American Law. See the holding in Pannill v. Roanoke , 252 F. 910, 914-915 (1918), for definitive authority on this key point.  The second class originates in the 1866 Civil Rights Act, where the term "citizen of the United States" is used. This Act was later codified at 42 U.S.C. 1983. Notice the lower-case "c" in "citizen". The pertinent court cases have held that Congress thereby created a *municipal franchise* primarily for members of the Negro race, who were freed by President Lincoln's Emancipation Proclamation (a war measure), and later by the Thirteenth Amendment banning slavery and involuntary servitude. Compelling payment of a "tax" for which there is no liability statute is tantamount to involuntary servitude, and extortion.  Instead of using the unique term "federal citizen", as found in Black's Law Dictionary, Sixth Edition, it is now clear that the Radical Republicans who sponsored the 1866 Civil Rights Act were attempting to *confuse* these two classes of citizens. Then, they attempted to elevate this second class to constitutional status, by proposing a 14 th amendment to the U.S. Constitution. As we now know, that proposal was never ratified. (See Answer to Question 6 above.)  Numerous court cases have struggled to clarify the important differences between the two classes. One of the most

definitive, and dispositive cases, is Pannill v. Roanoke , 252 F. 910, 914-915

(1918),which clearly held that federal citizens had no standing to sue under the Diversity

Clause, because *they were not even contemplated* when Article III in the U.S.

Constitution was first being drafted, circa 1787 *A.D.* Another is *Ex parte* Knowles , 5

Cal. 300 (1855) in which the California Supreme Court ruled that there was no such thing

as a "citizen of the United States" (as of the year 1855 *A.D.*). Only federal citizens have

standing to invoke 42.U.S.C. 1983; whereas State Citizens do not. See Wadleigh v.

Newhall , 136 F. 941 (C.C. Cal. 1905). Many more cases can be cited to confirm the

existence of two classes of citizens under American Law. These cases are thoroughly

documented in the book entitled "The Federal Zone: Cracking the Code of *Internal*

*Revenue* " by Paul Andrew Mitchell, B.A., M.S., now in its eleventh edition. See also the

pleadings in the case of USA v. Gilbertson, also in the Supreme Law Library.

11. Can one be a State Citizen, without *also* being a federal citizen?

Answer: Yes. The 1866 Civil Rights Act was *municipal law*, confined to the District of

Columbia and other limited areas where Congress is the "state" government with

exclusive legislative jurisdiction there. These areas are now identified as "the federal

zone." (Think of it as the blue field on the American flag; the stars on the flag are the 50

States.) As such, the 1866 Civil Rights Act had no effect whatsoever upon the lawful

status of State Citizens, then or now. Several courts have already recognized our Right to

be State Citizens without also becoming federal citizens. For excellent examples, see

State v. Fowler, 41 La. Ann. 380, 6 S. 602 (1889) and Gardinav. Board of Registrars,

160 Ala. 155, 48 S. 788, 791 (1909). The Maine Supreme Court also clarified the issue

by explaining our "Right of Election" or "freedom of choice," namely, our freedom to

choose between two different forms of government. See 44 Maine 518 (1859), Hathaway,

J. dissenting.  Since the Guarantee Clause does not require the federal government to

guarantee a Republican Form of Government to the federal zone, Congress is free to

create a *different* form of government there, and so it has. In his dissenting opinion in

Downes v. Bidwell , 182 U.S. 244 at 380 (1901), Supreme Court Justice Harlan called it

an absolute legislative democracy.  But, State Citizens are under no legal obligation to

join or pledge any allegiance to that legislative democracy; their allegiance is to one or

more of the several States of the Union (*i.e.* the white stars on the American flag, not the

blue field).

12. Who was Frank Brushaber, and why was his U.S. Supreme Court case *so* important?

Answer: Frank Brushaber was the Plaintiff in the case of Brushaber v. Union Pacific

Railroad Company, 240 U.S. 1 (1916), the first U.S. Supreme Court case to consider the

so-called 16th amendment . Brushaber identified himself as a Citizen of New York State

and a resident of the Borough of Brooklyn, in the city of New York, and nobody

challenged that claim.  The Union Pacific Railroad Company was a federal corporation

created by Act of Congress to build a railroad through Utah (from the Union to the

Pacific), at a time when Utah was a federal Territory, *i.e.* inside the federal zone.

Brushaber's attorney committed an error by arguing that the company had been chartered

by the State of Utah, but Utah was not a State of the Union when Congress first created

that corporation.  Brushaber had purchased stock issued by the company. He then sued

the company to recover taxes that Congress had imposed upon the dividends paid to its

stockholders. The U.S. Supreme Court ruled against Frank Brushaber, and upheld the tax

as a lawful excise, or *indirect* tax.  The most interesting result of the Court's ruling was a

Treasury Decision ("T.D.") that the U.S. Department of the Treasury later issued as a direct consequence of the high Court's opinion. In T.D. 2313, the U.S. Treasury Department expressly cited the Brushaber decision, and it identified Frank Brushaber as a "nonresident alien" and the Union Pacific Railroad Company as a "domestic corporation". This Treasury Decision has never been modified or repealed.  T.D. 2313 is crucial evidence proving that the income tax provisions of the IRC are municipal law, with no territorial jurisdiction inside the 50 States of the Union. The U.S. Secretary of the Treasury who approved T.D. 2313 had no authority to extend the holding in the Brushaber case to anyone or anything not a proper Party to that court action.

Thus, there is no escaping the conclusion that Frank Brushaber was the nonresident alien to which that Treasury Decision refers. Accordingly, all State Citizens are nonresident aliens with respect to the municipal jurisdiction of Congress, *i.e.* the federal zone.

13. What is a "Withholding agent"?

Answer: (See Answer to Question 7 first.) The term "Withholding agent" is legally defined at IRC section 7701(a)(16). It is further defined by the statutes itemized in that section, *e.g.* IRC 1461where liability for funds withheld is clearly assigned. In plain English, a "withholding agent" is a person who is responsible for withholding taxes from a worker's paycheck, and then paying those taxes into the Treasury of the United States, typically on a quarterly basis. See IRC section 7809.  One cannot become a withholding agent unless workers first authorize taxes to be withheld from their paychecks. This authorization is typically done when workers opt to execute a valid W-4 "Employee's Withholding Allowance Certificate." In plain English, by signing a W-4 workers designate themselves as "employees" and certify they are *allowing* withholding to occur.

If workers do not execute a valid W-4 form, a company's payroll officer is not authorized to withhold any federal income taxes from their paychecks. In other words, the payroll officer does not have "permission" or "power of attorney" to withhold taxes, until and unless workers authorize or "allow" that withholding -- by signing Form W-4 knowingly, intentionally *and* voluntarily.  Pay particular attention to the term "Employee" in the title of this form. A properly executed Form W-4 creates the presumption that the workers wish to be treated *as if* they were "employees" of the federal government. Obviously, for people who do not work for the federal government, such a presumption is a legal fiction, at best.

14. What is a "Withholding Exemption Certificate"?

Answer: A "Withholding Exemption Certificate" is an alternative to Form W-4, authorized by IRC section 3402(n) and executed *in lieu of* Form W-4. Although section 3402(n) does authorize this Certificate, the IRS has never added a corresponding form to its forms catalog (see the IRS "Printed Products Catalog").

In the absence of an official IRS form, workers can use the *language* of section 3402(n) to create their own Certificates. In simple language, the worker certifies that s/he had no federal income tax liability last year, and anticipates no federal income tax liability during the current calendar year. Because there are no liability statutes for workers in the private sector, this certification is easy to justify.

Many public and private institutions have created their own form for the Withholding Exemption Certificate, *e.g.* California Franchise Tax Board, and Johns Hopkins University in Baltimore, Maryland. This fact can be confirmed by using any search

engine, *e.g.* google.com, to locate occurrences of the term "withholding exemption certificate" on the Internet. This term occurs several times in IRC section 3402.

15. What is "tax evasion" and who might be guilty of this crime?

Answer: "Tax evasion" is the crime of evading a lawful tax. In the context of federal income taxes, this crime can only be committed by persons who have a legal liability to pay, *i.e.* the withholding agent. If one is not employed by the federal government, one is not subject to the Public Salary Tax Act unless one chooses to be treated "as if" one is a federal government "employee." This is typically done by executing a valid Form W-4. However, as discussed above, Form W-4 is not mandatory for workers who are not "employed" by the federal government. Corporations chartered by the 50 States of the Union are technically "foreign" corporations with respect to the IRC; they are decidedly not the federal government, and should not be regarded "as if" they are the federal government, particularly when they were never created by any Act of Congress. Moreover, the Indiana Supreme Court has ruled that Congress can only create a corporation in its capacity as the Legislature for the federal zone. Such corporations are the only "domestic" corporations under the pertinent federal laws. This writer's essay entitled "A Cogent Summary of Federal Jurisdictions" clarifies this important distinction between "foreign" and "domestic" corporations in simple, straightforward language. If Congress were authorized to create *national* corporations, such a questionable authority would invade States' rights reserved to them by the Tenth Amendment, namely, the right to charter their own domestic corporations. The repeal of Prohibition left the Tenth Amendment unqualified. See the Constantine case *supra*. For purposes of the IRC, the

64

term "employer" refers only to federal government agencies, and an "employee" is a

person who works for such an "employer".

16. Why does IRS Form 1040 not require a Notary Public to notarize a taxpayer's

signature?

Answer: This question is one of the fastest ways to unravel the fraudulent nature of

federal income taxes. At 28 U.S.C. section 1746, Congress authorized written

verifications to be executed under penalty of perjury *without* the need for a Notary

Public, *i.e.* to witness one's signature.  This statute identifies two different formats for

such written verifications: (1) those executed outside the "United States" and (2) those

executed inside the "United States". These two formats correspond to sections 1746(1)

and 1746(2), respectively.  What is extremely revealing in this statute is the format for

verifications executed "*outside* the United States". In this latter format, the statute adds

the qualifying phrase "under the laws of the United States of America".  Clearly, the

terms "**United States**" and "**United States of America**" are both used in this same

statute. They are not one and the same. The former refers to the federal government – in

the U.S. Constitution and throughout most federal statutes. The latter refers to the 50

States that are united by, and under, the U.S. Constitution. 28 U.S.C. 1746 is the *only*

federal statute in all of Title 28of the United States Code that utilizes the term "United

States of America", as such.  It is painfully if not immediately obvious, then, that

verifications made under penalty of perjury *outside* the "**United States**" (read "the

federal zone") if and when they are executed *inside* the 50 States of the Union (read "the

State zone").  Likewise, verifications made under penalty of perjury are *outside* the 50

States of the Union, if and when they are executed *inside* the "**United States**".  The

65

format for signatures on Form 1040 is the one for verifications made *inside* the **United States** (federal zone) and *outside* the **United States of America** (State zone).

17. Does the term "**United States**" have multiple legal meanings and, if so, what are they?

Answer: Yes. The term has several meanings. The term "United States" may be used in any one of several senses. [1] It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. **[2] It may designate the territory over which the sovereignty of the United States extends**, or [3] it may be the collective name of the States that are united by and under the Constitution. See Hooven & Allison Co. v. Evatt *, 324 U.S. 652 (1945) [**bold** emphasis, brackets and numbers added for clarity]. This is the very same definition that is found in Black's Law Dictionary, Sixth Edition. The second of these three meanings refers to the federal zone and to Congress *only* when it is legislating in its *municipal* capacity. For example, Congress is legislating in its municipal capacity whenever it creates a federal corporation, like the United States Postal Service. It is terribly revealing of the manifold frauds discussed in these Answers, that the definition of "**United States**" has now been *removed* from the Seventh Edition of Black's Law Dictionary.

18. Is the term "income" defined in the IRC and, if not, where is it defined?

Answer: The Eighth Circuit Court of Appeals has already ruled that the term "income" is not defined *anywhere* in the IRC: "The general term 'income' is not defined in the Internal Revenue Code." U.S. v. Ballard, 535 F.2d 400, 404 (8th Circuit, 1976). Moreover, in Mark Eisner v. Myrtle H. Macomber *, 252 U.S. 189 (1920), the high Court told Congress it could not legislate any definition of "income" because that term was

believed to be in the U.S. Constitution. The Eisner case was predicated on the ratification of the 16th amendment , which would have introduced the term "income" into the U.S. Constitution for the very first time (but only if that amendment had been properly ratified). In Merchant's Loan & Trust Co. v . Smietanka , 255 U.S. 509 (1921), the high Court defined "income" to mean the profit or gain derived from corporate activities. In that instance, the tax is a lawful excise tax imposed upon the corporate privilege of limited liability, *i.e.* the liabilities of a corporation do not reach its officers, employees, directors or stockholders.

19. What is municipal law, and are the IRC's income tax provisions municipal law, or not?

Answer: Yes. The IRC's income tax provisions are municipal law. Municipal law is law that is enacted to govern the *internal* affairs of a sovereign State; in legal circles, it is also known as Private International Law. Under American Law, it has a much *wider* meaning than the ordinances enacted by the governing body of a municipality, *i.e.* city council or county board of supervisors. In fact, American legal encyclopedias define "municipal" to mean "internal", and for this reason alone, the *Internal* Revenue Code is really a *Municipal* Revenue Code. A mountain of additional evidence has now been assembled and published in the book "The Federal Zone" to prove that the IRC's income tax provisions are *municipal* law. One of the most famous pieces of evidence is a letter from a Connecticut Congresswoman, summarizing the advice of legal experts employed by the Congressional Research Service and the Legislative Counsel. Their advice confirmed that the meaning of "State" at IRC section 3121(e) is *restricted* to the named territories and possessions of D.C., Guam, Virgin Islands, American Samoa, and Puerto Rico. In other

words, the term "State" in that statute, and in all similar federal statutes, includes ONLY the places expressly named, and no more.

20. What does it mean if my State is not mentioned in *any* of the federal income tax statutes?

The general rule is that federal government powers must be expressed and enumerated. For example, the U.S. Constitution is a grant of *enumerated* powers. If a power is not enumerated in the U.S. Constitution, then Congress does not have any authority to exercise that power. This rule is tersely expressed in the Ninth Amendment, in the Bill of Rights. If California is not mentioned in *any* of the federal income tax statutes, then those statutes have no force or effect within that State. This is also true of all 50 States. Strictly speaking, the omission or exclusion of anyone or any thing from a federal statute can be used to infer that the omission or exclusion was *intentional* by Congress. In Latin, this is tersely stated as follows: *Inclusio unius est exclusio alterius*. In English, this phrase is literally translated: Inclusion of one thing is the exclusion of all other things [that are *not* mentioned]. This phrase can be found in any edition of Black's Law Dictionary; it is a maxim of statutory construction. The many *different* definitions of the term "State" that are found in federal laws are intentionally written to appear *as if* they include the 50 States PLUS the other places mentioned. As the legal experts in Congress have now confirmed, this is NOT the correct way to interpret, or to construct, these statutes. If a place is not mentioned, every American may correctly infer that the omission of that place from a federal statute was an intentional act of Congress. Whenever it wants to do so, Congress knows how to define the term "United States" to mean the 50 States of the Union. See IRC section 4612(a)(4)(A).

21. In what other ways is the IRC deliberately vague, and what are the *real* implications for the average American?

There are numerous other ways in which the IRC is deliberately vague. The absence of *any* legal definition for the term "income" is a classic deception. The IRS enforces the Code as a tax on everything that "comes in," but nothing could be further from the truth. "Income" is decidedly NOT everything that "comes in." More importantly, the fact that this vagueness is *deliberate* is sufficient grounds for concluding that the entire Code is null, void and unconstitutional, for violating our fundamental Right to know the nature and cause of any accusation, as guaranteed by the Sixth Amendment in the Bill of Rights. Whether the vagueness is deliberate or not, *any* statute is unconstitutionally void if it is vague. If a statute is void for vagueness, the situation is the same as if it had *never* been enacted at all, and for this reason it can be ignored entirely.

22. Has Title 26 of the United States Code ("U.S.C.") *ever* been enacted into positive law, and what are the legal implications if Title 26 has *not* been enacted into positive law?

Answer: No. Another, less obvious case of deliberate deception is the statute at IRC section7851 (a)(6) (A), where it states that the provisions of subtitle F shall take effect on the day after the date of enactment of "this title". Because the term "this title" is not defined *anywhere* in the IRC, least of all in the section dedicated to definitions, one is forced to look elsewhere for it's meaning, or to derive its meaning from context. Throughout Title 28 of the United States Code -- the laws which govern all the federal courts – the term "this title" clearly refers to Title 28. This fact would tend to support a conclusion that "this title", as that term is used in the IRC, refers to Title 26 of the United

States Code. However, Title 26 has never been enacted into positive law, as such. Even though all federal judges may know the secret meaning of "this title", they are men and women of UNcommon intelligence. The U.S. Supreme Court's test for vagueness is violated whenever men and women of common intelligence must necessarily *guess* at the meaning and *differ* as to the application of a vague statute. See Connally *et al* . v. General Construction Co., 269 U.S. 385, 391 (1926). Thus, federal judges are applying the wrong test for vagueness. Accordingly, the provisions of subtitle F have never taken effect have never been enacted. This subtitle contains all of the enforcement statutes of the IRC, *e.g.* filing requirements, penalties for failure to file and tax evasion, grants of court jurisdiction over liens, levies and seizures, summons enforcement and so on.

In other words, the IRC is Code without any enforcement statutes that have been enacted into positive law.

23. What federal courts are authorized to prosecute income tax crimes?

This question must be addressed in view of the Answer to Question 22 above. Although it may *appear* that certain statutes in the IRC grant original jurisdiction to federal district courts, to institute prosecutions of income tax crimes, none of the statutes found in subtitle F has ever taken effect. For this reason, those statutes do not authorize the federal courts to do *anything* at all. On the other hand, the federal criminal Code at Title 18, U.S.C., does grant general authority to the District Courts of the United States ("DCUS") to prosecute violations of the statutes found in that Code. See 18 U.S.C. 3231. It is very important to appreciate the fact that these courts are not the same as the United States District Courts ("USDC"). The DCUS are *constitutional* courts that originate in Article III of the U.S. Constitution. The USDC are territorial tribunals, or *legislative* courts, that

originate in Article IV, Section 3, Clause 2 of the U.S. Constitution, also known as the

Territory Clause. This author's OPENING BRIEF to the Eighth Circuit on behalf of the

Defendant in USA v. Gilbertson cites numerous court cases that have already clarified the

all-important distinction between these two classes of federal district courts. For example,

in Balzac v. Porto Rico, 258 U.S. 298 at 312 (1922), the high Court held that the USDC

belongs in the federal Territories. This author's OPENING BRIEF to the Ninth Circuit in

Mitchell v. AOL Time Warner, Inc . *et al* . develops this theme in even greater detail;

begin reading at section "7(e)". The USDC, as such, appear to lack *any* lawful authorities

to prosecute income tax crimes. The USDC are *legislative* tribunals where *summary*

*proceedings* dominate. For example, under the federal statute at 28 U.S.C. 1292, the U.S.

Courts of Appeal have no appellate jurisdiction to review interlocutory orders issued by

the USDC. Further details on this point are available in the Press Release entitled

"Private Attorney General Cracks Title 28 of the United States Code" and dated

November 26, 2001 *A.D.*

24. Are federal judges required to pay income taxes on their pay, and what are

the *real* implications if they *do* pay taxes on their pay?

Answer: No. Federal judges who are appointed to preside on the District Courts of the

United States — the Article III *constitutional* courts — are *immune* from any taxation of

their pay, by constitutional mandate. The fact that all USDC federal judges are currently

paying taxes on their pay is proof of undue influence by the IRS, posing as a duly

authorized agency of the Executive Branch. See Evans v. Gore, 253 U.S. 245 (1920).

*Even if* the IRS were a lawful bureau or department within the U.S. Department of the

Treasury (which they are NOT), the existence of undue influence by the Executive

Branch would violate the fundamental principle of Separation of Powers. This principle, in theory, keeps the 3 branches of the federal government confined to their respective areas, and prevents any one branch from usurping the lawful powers that rightly belong to the other two branches. The Separation of Powers principle is succinctly defined in Williams v. United States, 289 U.S. 553 (1933); however, in that decision the Supreme Court erred by defining "Party" to mean only Plaintiffs in Article III, contrary to the definition of "Party" that is found in Bouvier's Law Dictionary(1856). The federal judiciary, contemplated by the organic U.S. Constitution, was intended to be independent and unbiased. These two qualities are the essence, or *sine qua non* of judicial power, *i.e.* without which there is nothing. Undue influence obviously violates these two qualities. See Evans v. Gore*supra*. In Lord v. Kelley, 240 F.Supp. 167, 169 (1965), the federal judge in that case was honest enough to admit, *in his published opinion*, that federal judges routinely rule in favor of the IRS, because they fear the retaliation that might result from ruling against the IRS. There you have it, from the horse's mouth! In front of a class of law students at the University of Arizona in January of 1997, Chief Justice William H. Rehnquist openly admitted that all federal judges are currently paying taxes on their judicial pay. This writer was an eyewitness to that statement by the Chief Justice of the U.S. Supreme Court — the highest Court in the land. Thus, all federal judges are now *material witnesses* to the practice of concealing the Withholding Exemption Certificate from them, when they were first hired as "employees" of the federal judiciary. As material witnesses, they are thereby disqualified from presiding on all federal income tax cases.

25. Can federal grand juries issue valid indictments against illegal tax protesters?

Answer: No. Federal grand juries cannot issue valid indictments against illegal tax

protesters. Protest has *never* been illegal in America, because the First Amendment

guarantees our fundamental Right to express our objections to any government actions, in

written and in spoken words.  Strictly speaking, the term "illegal" cannot modify the

noun "protesters" because to do so would constitute a violation of the First Amendment

in the Bill of Rights, one of the most magnificent constitutional provisions ever written.

Accordingly, for the term "illegal tax protester" to survive this obvious constitutional

challenge, the term "illegal" must modify the noun "tax". An illegal tax protester is,

therefore, someone who is protesting an illegal tax. Such an act of protest is protected by

the First Amendment, and cannot be a crime.  Protest is also recognized and honored by

the Uniform Commercial Code; the phrases "under protest" and "without prejudice" are

sufficient to reserve all of one's fundamental Rights at law. See U.C.C. 1-207 (UCCA

1207 in California).  By the way, the federal U.C.C. is also municipal law. See the

Answer to Question 19 above, and 77 Stat. 630, P.L. 88-243, December 30, 1963 (one

month after President John F. Kennedy was murdered).

26. Do IRS agents ever tamper with federal grand juries, and how is this routinely done?

Answer: Yes. IRS agents routinely tamper with federal grand juries, most often by

misrepresenting themselves, under oath, as lawful employees and "Special Agents" of the

federal government, and by misrepresenting the provisions of subtitle F as having *any*

legal force or effect. Such false representations of fact violate Section 43(a) of the

Lanham Act, uncodified at 15 U.S.C. 1125(a). (Title 15 of the United States Code has not

been enacted into positive law either.)

They tamper with grand juries by acting as if "income" is everything that "comes in",
when there is no such definition *anywhere* in the IRC. Such false descriptions of fact also
violate Section 43(a) of the Lanham Act. They tamper with grand juries by presenting
documentary evidence that they had no authority to acquire, in the first instance, such as
bank records. Bank signature cards do not constitute competent waivers of their
customers' fundamental Rights to privacy, as secured by the Fourth Amendment. The
high standard for waivers of fundamental Rights was established by the U.S. Supreme
Court in Brady v. U.S., 397 U.S. 742, 748 (1970). IRS agents tamper with grand juries
by creating and maintaining the false and fraudulent pretenses that the IRC is not vague,
or that the income tax provisions have any legal force or effect inside the 50 States of the
Union, when those provisions do not. These are all forms of perjury, as well, and
possibly also misprision of perjury by omission, *i.e.* serious federal offenses.

Finally, there is ample evidence that IRS agents bribe U.S. Attorneys, federal judges, and
even the Office of the President with huge kickbacks, every time a criminal indictment is
issued by a federal grand jury against an illegal tax protester. (See the Answer to
Question 25 above.) These kickbacks range from $25,000 to $35,000 in CASH! They
also violate the Anti-Kickback Act of 1986, which penalizes the payment of kickbacks
from federal government subcontractors. See 41 U.S.C. 51 *et seq.* As a trust domiciled in
Puerto Rico, the IRS is, without a doubt, a federal government subcontractor that is
subject to this Act. See 31 U.S.C. 1321(a)(62). The systematic and premeditated pattern
of racketeering by IRS employees also establishes probable cause to dismantle the IRS
permanently for violating the Sherman Antitrust Act, first enacted in the year 1890 *A.D.*
See 26 Stat. 209 (1890) (uncodified at 15 U.S.C. 1 *et seq.*)

27. What is "The Kickback Racket," and where can I find evidence of its existence?

The evidence of this "kickback racket" was first discovered in a table of delegation orders, on a page within the Internal Revenue Manual ("IRM") -- the internal policy and procedure manual for all IRS employees. Subsequently, this writer submitted a lawful request, under the Freedom of Information Act, for a certified list of all payments that had ever been made under color of these delegation orders in the IRM. Mr. Mark L. Zolton, a tax law specialist within the Internal Revenue Service, responded on IRS letterhead, transmitted via U.S. Mail, that few records existed for these "awards" because most of them were paid in cash! When this evidence was properly presented to a federal judge, who had been asked to enforce a federal grand jury subpoena against a small business in Arizona, he ended up obstructing all 28 pieces of U.S. Mail we had transmitted to that grand jury. Obstruction of correspondence is a serious federal offense, and federal judges have no authority *whatsoever* to intercept U.S. Mail. See 18 U.S.C. 1702. Obviously, the federal judge -- John M. Roll -- did NOT want the grand jury in that case to know *anything* about these kickbacks. They found out anyway, because of the manner in which this writer defended that small business, as its Vice President for Legal Affairs.

28. Can the IRS levy bank accounts *without* a valid court order?

Answer: No. The Fifth Amendment prohibits all deprivations of life, liberty, or property without due process of law. *Due Process of Law* is another honored and well-developed feature of American constitutional practice. Put simply, it requires Notice and Hearing before *any* property can be seized by any federal government employees, agents, departments or agencies. A levy against a bank account is a forced seizure of property,

*i.e.* the funds on deposit in that account. No such seizure can occur unless due process of law has first run its course. This means notice, hearing, and deliberate adjudication of all the pertinent issues of law and fact. Only after this process has run its proper or "due" course, can a valid court order be issued. The holding in U.S. v. O'Dell, 160 F.2d 304 (6th Cir. 1947), makes it very clear that the IRS can only levy a bank account after first obtaining a Warrant of Distraint, or court ORDER. And, of course, no court ORDER could ever be obtained unless all affected Parties had first enjoyed their "day in court."

29. Do federal income tax revenues pay for any government services and, if so, which government services are funded by federal income taxes?

Answer: No. The money trail is very difficult to follow, in this instance, because the IRS is technically a trust with a domicile in Puerto Rico. See 31 U.S.C. 1321(a)(62). As such, their records are protected by laws, which guarantee the privacy of trust records within that territorial jurisdiction, provided that the trust is not also violating the Sherman Antitrust Act. They are technically not an "agency" of the federal government, as that term is defined in the Freedom of Information Act and in the Administrative Procedures Act. The governments of the federal territories are expressly excluded from the definition of "agency" in those Acts of Congress. See 5 U.S.C. 551(1)(C). (See also the Answer to Question 5 above.) All evidence indicates that they are a money laundry, extortion racket, and conspiracy to engage in a pattern of racketeering activity, in violation of 18 U.S.C. 1951 and 1961 *et seq.* They appear to be laundering huge sums of money into foreign banks, mostly in Europe, and quite possibly into the Vatican. See the national policy on money laundering at 31 U.S.C. 5341.

The final report of the Grace Commission, convened under President Ronald Reagan,

quietly admitted that none of the funds they collect from federal income taxes goes to pay

for *any* federal government services. The Grace Commission found that those funds were

being used to pay for interest on the federal debt, and income transfer payments to

beneficiaries of entitlement programs like federal pension plans.

30. How can the Freedom of Information Act ("FOIA") help me to answer *other* key tax

questions?

The availability of correct information about federal government operations is

fundamental to maintaining the freedom of the American People. The Freedom of

Information Act ("FOIA"), at 5 U.S.C. 552 *et seq.*, was intended to make government

documents available with a minimal amount of effort by the People.  As long as a

document is not protected by one of the reasonable exemptions itemized in the FOIA, a

requester need only submit a brief letter to the agency having custody of the requested

document(s). If the requested document is not produced within 20 working days

(excluding weekends and federal holidays), the requester need only prepare a single

appeal letter.  If the requested document is not produced within another 20 working days

after the date of the appeal letter, the requester is automatically allowed to petition a

District Court of the United States (Article III DCUS, *not* the Article IV USDC) -- to

*compel* production of the requested document, and judicially to *enjoin* the improper

withholding of same. See 5 U.S.C. 552(a)(4)(B). The general rule is that statutes

conferring original jurisdiction on federal district courts must be *strictly* construed.

This writer has pioneered the application of the FOIA to request certified copies of

statutes and regulations which should exist, but do *not* exist. A typical request anyone can

make, to which the U.S. Treasury has now fallen totally silent, is for **a certified copy of all statutes which create a specific liability for taxes imposed by subtitle A of the IRC**. For example, see the FOIA request that this writer prepared for author Lynne Meredith. Of course, by now we already know the answer to this question, before asking it. (Good lawyers always know the answers to their questions, before asking them.) It should also be clear that such a FOIA request should not be directed to the IRS, because they are not an "agency" as that term is defined at 5 U.S.C. 551(1)(C). Address it instead to the Disclosure Officer, Disclosure Services, Room 1054-MT, U.S. Department of the Treasury, Washington 20220, DISTRICT OF COLUMBIA, USA. This is the format for "foreign" addresses, as explained in USPS Publication #221.

As James Madison once wrote, "A popular government without popular information or the means of acquiring it, is but a Prologue to a Farce or a Tragedy or perhaps both. Knowledge will forever govern ignorance, and a people who mean to be their own Governors, must arm themselves with the power

Knowledge gives."


## RELIEF CAN BE GRANTED BY FINAL CONCLUSION

Relief can be granted in the following ways in dollar amount Option (A). Approximately $30,000,000.00 million tax free dollars (Thirty Million Dollars) including Legal Fees, Costs, Research and Time or gold tax free; PLUS THE RIGHTS TO RECOVERY. Remove the ABA BAR Association and place all lawyer under the state or federal licensing program to work in this country under the Constitutional Mandate as it was originally required. Reestablish the 13th amendment. Remove all Lawyers and Attorneys

as Staff employment for Congress.  Have Congress restate the state militia under the

intent of HR11654 better known as the DICK ACT of 1902 and allow the state militia to

enforce and bring claims of injury to the floor of Congress to have these issues addressed

within 72 hour of such complaint or before a citizen tribunal hearing board. Option (B),

Bring in the military to help set up a new government to be put in place and remove all

federal and state officials from office and bring them up on military charges as was done

in Germany 1945 for crimes against humanity. That is how relief can be granted. The

debt cause in this action comes under the 14th amendment section 3 people section 4 tell

how to collect this debt. The defendants will be required and responsible for the debt as

they acted outside of their scope of jurisdiction. The defendants cannot create more debt

by borrowing off of the FRB.  The District of Columbia not being a State and is not

represented in Congress its officials are not part of this action as D.C. holds a neutral

position and this Court is a Court that can hear this action.  Petitioner wants this to be

heard by the people in a trial by jury under the sixth amendment a jury of our peers.

DEMANED...

                          Respectively submitted,

                          _____

                          Steve L. Chamberlain, Plaintiff
                          P.O. Box 2502
                          Ormond Beach, Florida 32175

## PROOF OF SERVICE

I, Steve L. Chamberlain, SET FORTH THIS CLAIM OF INJURY CAUSED BY

EMPLOYEES OF THE CORPORATION AND THEIR TRUSTEE UNDER THE

NAME OF THE UNITED STATES/GOVERNMENT/CORPORATION TITLE 28

SEC.3002 SEC.15(a) GROUNDS FOR INJURY VIOLATIONS OF TITLE 50 TWEA

WAR CRIMES, HATE CRIMES, R.I.C.O. HONEST SERVICE FRAUD &

VIOLATION OF THE DISTRICT OF COLUMBIA CONSTITUTION & THE

DISTRICT OF COLUMBIA STATUTES of wrong doing by those who hold Corporate

offices in the Senate, House of Representatives, President, and Federal Judges of all

District Courts inside and outside of the District of Columbia the UNITED STATES

Supreme Court of the UNITED STATES OF AMERICA dba and its Franchise

Corporation as within the District of Columbia ten square miles area. This complaint. is

being placed before the Clerk of Court of this Court and/or the District of Columbia on

this day of _21_ and month of _October_ in the year of our Lord 2011

AD Service will be delivered by hand to the Defendant(s) by proper Service or Security

officers outside of this federal building if it becomes impossibility to deliver inside to that

public office.

Steve L. Chamberlain
P.O. Box 2502
Ormond Beach, Florida 32175

Cc:

UNITED STATES ATTORNEY GENERAL
LAW FIRM ERIC HOLDER
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Department of IRS dba Corporation
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

Richard D. Euliss,
P.O. Box 14198
Washington, D.C. 20001

Bruce T. Russell,
P.O. Box 14198
Washington, D.C. 20044
Defendant(s).