district court of the United States
district for Color

FILED
2012 JAN 20 PM 12: 53

Steve L. Chamberlain,
Petitioner,

Case No. 6:11-cv-1702-Orl-31DAB

v.

Internal Revenue Service, et al.,
Defendant,

Richard D. Euliss,
(Official and Personal Capacity)
Defendant,

Bruce T. Russell,
(Official and Personal Capacity)
Defendant.

## TAKE JUDICIAL NOTICE PETITION TO CORRECT & AMEND COURT JURISDICTION AND VENUE TRANSFER TO CURE OF JURISDICTION

Now, Comes the Petitioner, Steve L. Chamberlain, with this amend to correct jurisdiction of this Court to be placed upon the clerk of courts TAKE JUDICIAL NOTICE PETITION TO CORRECT & TO AMEND COURT JURISDICTION AND VENUE TRANSFER TO CURE OF JURISDICTION . It has come the attention of this Petitioner that the UNITED STATES DISTRICT COURT is the wrong jurisdiction and venue for this case to have been placed in .

## JURISDICTION AND VENUE of the district court

TITLE 28 > PART IV > CHAPTER 85 > § 1331
§ 1331. FEDERAL QUESTION

1

**The district courts** shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

TITLE 28 > PART IV > CHAPTER 85 > § 1340
§ 1340. INTERNAL REVENUE; CUSTOMS DUTIES
**The district courts** shall have original jurisdiction of any civil action arising under any Act of Congress providing for internal revenue, or revenue from imports or tonnage except matters within the jurisdiction of the Court of International Trade.

TITLE 28 > PART IV > CHAPTER 89 > § 1442
§ 1442. FEDERAL OFFICERS OR AGENCIES SUED OR PROSECUTED

(a) A civil action or criminal prosecution commenced in a State court against any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:
(1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue.
(2) A property holder whose title is derived from any such officer, where such action or prosecution affects the validity of any law of the United States.
(3) Any officer of the courts of the United States, for any act under color of office or in the performance of his duties;
(4) Any officer of either House of Congress, for any act in the discharge of his official duty under an order of such House.
(b) A personal action commenced in any State court by an alien against any citizen of a State who is, or at the time the alleged action accrued was, a civil officer of the United States and is a nonresident of such State, wherein jurisdiction is obtained by the State court by personal service of process, may be removed by the defendant to the district court of the United States for the district and division in which the defendant was served with process.

The Petitioner will point out the following six courts as listed in the federal statutes. "court of the United States", "United States Tax Court", "district courts of the United States ", " United States district court", " United States District Court for the District of Columbia", and the "UNITED STATES DISTRICT COURT" listed on the heading on this court filing .This Court named the "UNITED STATES DISTRICT COURT" cannot be found in the Federal statutes to have any jurisdiction or venue. The district court of the United States is listed as the Article III having jurisdiction over Constitution , Laws and Treaties of the United States as listed as the inferior court of the U.S. Constitution Article III section 1. The other four Courts' jurisdiction and venue are placed in the federal territory to limit what jurisdiction or venue they operate in.

**First Court;**

TITLE 18 > PART I > CHAPTER 1 > § 23.1
§ 23.1 COURT OF THE UNITED STATES DEFINED
As used in this title, except where otherwise expressly provided the term "**court of the United States**" includes the District Court of Guam, the District Court for the Northern Mariana Islands, and the District Court of the Virgin Islands.

**Second Court;**

TITLE 26 App. > TITLE II. > Rule 10
RULE 10. NAME, OFFICE, AND SESSIONS
 (a) **Name:** **The name of the Court is the United States Tax Court.**
(b) **Office of the Court:** The principal office of the Court shall be in the District of Columbia, but the Court or any of its Divisions may sit at any place within the United States. See Code secs. 7445 and 7701(a)(9).
(c) **Sessions:** The time and place of sessions of the Court shall be prescribed by the Chief Judge.

3

**(d) Business Hours:** The office of the Clerk at Washington, D.C., shall be open during business hours on all days, except Saturdays, Sundays, and legal holidays in the District of Columbia, for the purpose of receiving petitions, pleadings, motions, and other papers. Business hours are from 8:00 a.m. to 4:30 p.m. For legal holidays, see Rule 25(b).

**(e) Mailing Address:** Mail to the Court should be addressed to the United States Tax Court, 400 Second Street, N.W., Washington, D.C. 20217. Other addresses, such as locations at which the Court may be in session, should not be used, unless the Court directs otherwise.

TITLE 26 > Subtitle F > CHAPTER 76 > Subchapter A > § 7402
§ 7402. JURISDICTION OF DISTRICT COURTS

**(a) To issue orders, processes, and judgments**

The **district courts of the United States** at the instance of the United States shall have such jurisdiction to make and issue in civil actions, writs and orders of injunction, and of ne exeat republica, orders appointing receivers, and such other orders and processes, and to render such judgments and decrees as may be necessary or appropriate for the enforcement of the internal revenue laws. The remedies hereby provided are in addition to and not exclusive of any and all other remedies of the United States in such courts or otherwise to enforce such laws.

TITLE 26 > Subtitle F > CHAPTER 76 > Subchapter A > § 7403
§ 7403. ACTION TO ENFORCE LIEN OR TO SUBJECT PROPERTY TO PAYMENT OF TAX

**(a) Filing**

In any case where there has been a refusal or neglect to pay any tax, or to discharge any liability in respect thereof, whether or not levy has been made, the Attorney General or his delegate, at the request of the Secretary, may direct a civil action to be filed in a **district court of the United States** to enforce the lien of the United States under this title with respect to such tax or liability or to subject any property, of whatever nature, of the delinquent, or in which he has any right, title, or interest, to the payment of such tax or

liability. For purposes of the preceding sentence, any acceleration of payment under section 6166(g) shall be treated as a neglect to pay tax.

TITLE 26 > Subtitle F > CHAPTER 78 > Subchapter A > § 7604
§ 7604. ENFORCEMENT OF SUMMONS
(a) **Jurisdiction of district court**
If any person is summoned under the internal revenue laws to appear, to testify, or to produce books, papers, records, or other data, the **United States district court** for the district in which such person resides or is found shall have jurisdiction by appropriate process to compel such attendance, testimony, or production of books, papers, records, or other data.

The IRS is by definition an agency of a foreign State based in Puerto Rico in one of the territories of the UNITED STATES but is not a State of the fifty United States. The Petitioner is not citizen of such territory nor ever has been.

TITLE 28 > PART IV > CHAPTER 99 > § 1631
§ 1631. TRANSFER TO CURE WANT OF JURISDICTION
Whenever a civil action is filed in a court as defined in section 610 of this title or an appeal, including a petition for review of administrative action, is noticed for or filed with such a court and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed, and the action or appeal shall proceed as if it had been filed in or noticed for the court to which it is transferred on the date upon which it was actually filed in or noticed for the court from which it is transferred.

**Third Court;**

TITLE 28 > PART IV > CHAPTER 87 > § 1391
§ 1391. VENUE GENERALLY
(f) A civil action against a foreign state as defined in section 1603(a) of this title may be brought—

(1)in any judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated;
(2)in any judicial district in which the vessel or cargo of a foreign state is situated, if the claim is asserted under section 1605(b) of this title;
(3)in any judicial district in which the agency or instrumentality is licensed to do business or is doing business, if the action is brought against an agency or instrumentality of a foreign state as defined in section 1603(b) of this title; or
(4)in the **United States District Court for the District of Columbia** if the action is brought against a foreign state or political subdivision thereof.

**Fourth Court ;**

US Code - Title 28: Judiciary and Judicial Procedure
28 USC 610 - Sec. 610. Courts defined
As used in this chapter the word "courts" includes the courts of appeals and **district courts of the United States,** the United States District Court for the District of the Canal Zone, the District Court of Guam, the District Court of the Virgin Islands, the United States Court of Federal Claims, and the Court of International Trade.

Now the Petitioner will point out in each of the federal statutes the way the Court names are spelled, spells out the jurisdiction of the courts. Under Title 28 1391 this court under the heading of the United States District Court falls under chapter 97 JURISDICTIONAL IMMUNITIES OF FOREIGN STATES as a Foreign State Court.

1. Under such Court action the Petitioner was never properly serviced per Fed. R. Civ. P. under Rule 4 (j).

2. The Petitioner under such foreign jurisdiction has immunities under IOIA OF 1945 HR 4489 P.L.291 59 STAT 669. This is an Act of Congress defined under § 1331.

3. The Petitioner also holds immunities under 49 stat 3097 treaties series 881 Rights and Duties of the States. This is an Act of Congress under § 1331.

4. The Petitioner also holds immunities under the 11th amendment of the U.S. Constitution which was also an Act of Congress and under the U.S. Constitution. defined under § 1331.

5. 28 USC 610 clearly shows the **district court of the United States** is the correct jurisdiction and venue as a Article III court to hear this Petitioner's grievance under the bankruptcy of the united States to which is the issue before this court. The creditors are aware of the 1933 bankruptcy and in title 12 chapter 2 section 95, 95a,and 95b a declaration of a state of emergency has been declared by the President of the united States of America.

## PUBLIC LAW

16. P.L. 1 48 stat C 1 To provide relief in the existing national emergency in banking, and for other purposes.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the Congress hereby declares that a serious emergency exists and that it is imperatively necessary speedily to put into effect remedies of uniform national application. .

The Petitioner will now point out "court of the United States", "United States Tax Court" are territory courts of the federal territorial districts as listed in 18 USC 23.1 and again unless this Petitioner is subject to such jurisdiction and the attorneys that are a party to this action can provide evidence to that show that the Petitioner is resident of a federal district territory as defined under 18 USC 23.1, this court lacks subject matter and the Petitioner demands that 28 USC 1631 Transfer to cure want of jurisdiction to the district court of the United States to the Article III Constitution court under 28 USC 1331.

## PARTIES OF THE CASE

**Plaintiff;** Steve L. Chamberlain the Petitioner in this action setting forth claim of injuries.

**Defendants;** United States dba Corporation, Department of the IRS dba Corporation, TAX DEPARTMENT, Defendant.

Richard D. Euliss, (Official and Personal Capacity) Defendant.

Bruce T. Russell, (Official and Personal Capacity) Defendant.

All of the defendants come under Title 28 USC 3002 15 (a) as department under the United States Corporation definition. Also defendants in their personal capacity and can not use the Department of Justice law firm and/or any of their lawyers/attorneys to defend.

## FOUNDATION & BASES FOR THE COMPLAINT

The defendants have committed tax fraud upon the Petitioner. By and thru the different departments of the United States Corporation as listed under 28 USC 3002 15 (a). The United States Corporation created Title 26 of THE UNITED STATES CODES and Title 26 of CODE OF FEDERAL REGULATION on how they are to tax its own Federal & State employees, aliens, and corporations as found under 26 USC 6331(a) and the CFR under Title 26.

1. The United States dba Corporation is the Law Firm for the Department of IRS Corporation under the Treasury Department, which collects for the Federal Reserve Bank which is also a private Corporation.

2. The Defendants which collected fraudulent taxes under the heading United States dba Corporation for the United States Corporation in the name of the Department of IRS and/or the Department of Justice.

3. The key element of the claim is tax fraud and the collusion between the main United States Corporation and it Franchise Corporation listed as the STATE OF FLORIDA and the Department of IRS under Treasury Department under the control of the Federal Reserve Bank which is also a private Corporation.

We are dealing with the departments/ corporations of the United States under the Judiciary and judicial procedure manual under Title 28 USC. 3002 15(a) and under the Constitution of the United States 14th amendment section 3 which was created by the reconstruction Act of 1868. Placing all of the State offices under the jurisdiction of the Federal Corporation know as the District of Columbia / The United States. Nowhere in the complaint in the United States of America mentioned.

### The doctrine of Uberrima Fides; Hold the four rules of fiduciary obligation

1. Must not benefit from their position(s)

2. Must provide full disclosure of all activities'

3. May not compromise the beneficiary's interests

4. May not delegate absolute responsibility over their beneficiary's interest

### The Doctrine of Contra Non Valentem

The rule that a limitation or prescriptive period does not begin to run against a plaintiff who is unable to act usually. Because of the defendants culpable act, such as concealing material information that would give rise to the plaintiffs claim- Often shortened to Contra Non Valentem (Case limitation of action key 43,95,CJS Employer- Employee

Relationship sec. 87; Limitation of action sec. 81- 84,87,131,138,142,164-165,170-173,175-176,183,198-205; Physicians, surgeons, and other health-care providers sec. 108, RICO sec 16

### STATEMENT OF TO THE INJURE

After years of unlawful harassment by various IRS agents with money, property, and time stolen from Petitioner, and with much mental anguish, the abuses have reached the level of action. The Defendants are the latest perpetrators of the culmination of years of abuses of fraudulent enforcement and application.

### MORE DETAILED STATEMENT TO THE FACTS HOW IT HAPPEN

Now Comes, Steve L. Chamberlain a naturalized citizen of the United States of America whom never rescinded his Citizenship to his Country. This document comes in a form of a complaint in the name of **Steve L. Chamberlain, SET FORTH THIS CLAIM OF INJURY** CAUSED BY EMPLOYEES OF THE CORPORATION AND THEIR TRUSTEE UNDER THE NAME OF THE UNITED STATES/GOVERNMENT / CORPORATION TITLE 28 SEC.3002 SEC.15(a) GROUNDS FOR INJURY VIOLATIONS OF TITLE 50 TWEA WAR CRIMES, HATE CRIMES, R.I.C.O. HONEST SERVICE FRAUD & VIOLATION OF THE DISTRICT OF COLUMBIA CONSTITUTION & THE DISTRICT OF COLUMBIA STATUTES. That the actions of the federal Government and State Government, the federal President and State Governor, the federal Congress and State legislators and the federal Judiciary and State Judicial branch acting in concert with the Treasury, DOJ and FRB constitute an unlawful

usurpation of the Constitution for the united States of America, for the purpose(s) of implementing exclusive Legislation, in all cases whatsoever (Statutory Jurisdiction) over the People, to the detriment of lawful money in these united States of America and for Treason, high Crimes and Misdemeanors (Article II Section 4 and Article III Section 3); and (Article I section 10 clause 1)The Federal CEO Corporate President of then as well as of today along with all Federal and State government. Federal Corporation/State Corporation/Foreign Corporation or "doing business as" under any other name aka has become a "domestic enemy" by implementing & re-implementing the Bankruptcy of (1930-32) and "War and Emergency Powers" (March 9, 1933 and subsequently) and "International Emergency and War Powers" (1977) in contradiction to Article 4 Section 4; "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion (from all enemies foreign and domestic); and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."

By and thru the passing of The Amendatory Act of March 9, 1933. Title 50, USC Trading with the Enemy Act Public Law No. 65-91 (40 Stat. L. 411) October 6, 1917. The original Trading with the Enemy Act **excluded citizens** of the United States from being treated as the enemy when involved in transactions wholly within the United States. The Amendatory Act of March 9, 1933, however, **included the people** of the United States as the enemy by inserting the following **"citizens within the United States"**. The issue of abuse upon the American national(s) comes from the misuses of Title 50 of the U.S.C. TWEA.

## CONCLUSION

The issue being place before this is a history of the abuse being allowed by the Federal and State Courts outside the Ten square miles and by the Federal Courts inside the District of Columbia against all American Nationals. This is in direct violation of our federal constitution and statutes and title 50 and the 15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868 Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States and of the above. The American people never rescinded their citizenship to their country, but by the misuse of legislation, created by the Bar Association, public officials have fraudulently expatriated themselves from our Country the united States of America and their citizenship to a foreign state standing outside of the constitution and suspended the Federal and all State Constitutions without the people's knowledge or consent. By the Courts continuing these actions in the courtrooms they have become a co-conspirator in acts of mutiny and the overthrow of a constitutional form of government. Legislators are hiding behind the separation of power clause, knowing full well of these injuries, being done to the people. When legislation by Congress could be created to prevent this injury, and their willful failure to do so, makes them as guilty as those court officials who deny the supreme law of the land in their court room. When the Department Of Justice fails to prevent these actions in the courtroom and conceals the truth, this now shows collusion between all three branches of government. One branch of our government should have integrity to stand up for what is right. Their failure to do so comes under the term of high crimes and treason, war crimes, human rights violations, R.I.C.O., etc. Every Federal and State Court outside of the Ten square mile area and the Federal Court inside of that ten square mile area have made justice impossible, through their own corruption. For the People lacked enforcement and have

been denied the ability to defend themselves as those in Nazis Germany under Hitler. Those who sat in the same position in Germany at that time as members of their government and military stood before our Military Court and the World Court and were tried for war crimes and crimes against humanity. Years later they are still being rounded up and charged. There is no statute of limitation on these types of crimes. This court has the choice to find some type of humanity to give to the People of this nation or pursuing their course of action, knowing that such action is a crime and some day run the risk to be tried in another world court. This Court and/or the District of Columbia Court is fully aware that a corporation can not bring charges against a living being. The High Court has ruled this in U.S. Supreme Court PENHALLOW v. DOANE'S ADM'RS, 3 U.S. 54 (1795) and Federal Rules of Civil Procedure, Rule 17, requires a interest party a living body. Case law Title 28, USC 1601-1611 FSIA protects the people under the 11th amendment as all government offices, State, local political subdivision, judicial etc. come under Rule 4 j as a Foreign State. The question will arise to the issue of 12(b)(6), failure to state a claim to which relief can be granted. How does one put a price on such crimes against humanity? The real issue should be where the 12(b)(6) claim for the People or 12(b)(1)(2) rule 17, where are the people's immunity? If they, the corporation, were as censured over the people's claims for damages and immunity and their rights, We the People would not be seeking relief in this court now.

NOTICE: We, the people, reserve the right to amend this Petition at any time during the process of this action at bar.

13

## Declaratory Judgment Order in favor of the Petitioner

1. The district court of the United States has taken proper jurisdiction and venue over this case as required under 28 USC 1331.

2. The district court will order that the Petitioner in this case be made whole.

3. The district court will further order that opposing party be taxed for a debt upon which this case was brought before this district court.

4. The district court further orders that the opposing party has caused a public debt under the 14th amendment section 4 of the U.S. Constitution as such debt was caused by the opposing party, the loss of all property/s will now be confiscated and sold to pay the public debt.

5. The district court further orders that the opposing parties have violated the false claims statutes. The Petitioner is entitled to 1/3 payment after all property that is sold under the public debt confiscation for their injuries.

6. The district court further finds that the opposing party should never hold a position of public trust for the rest of their life and the Attorneys being a party to this case will be put on a 1 year suspension for ethics violation not to practice law and be fined $30,000 dollars to be divide 2/3 for public debt and the 1/3 goes to the Petitioner.

_____
Steve L. Chamberlain


PROOF OF SERVICE

    Now. Comes the Petitioner Steve L. Chamberlain to place upon the clerk of courts for the district court of the United States district for Color this filing to be placed in a court of record TAKE JUDICIAL NOTICE PETITION TO CORRECT & TO AMEND

COURT JURISDICTION AND VENUE TRANSFER TO CURE OF JURISDICTION

on this day _19_ month of _January_ in the year of our lord 2012AD

*[signature]*
Steve L. Chamberlain

Cc

DEPARTMENT OF THE TREASURY

INTERNAL REVENUE SERVICE

WASHINGTON, DC· 20224


Richard D. Euliss

P.O. Box 14198

Washington, D.C. 20001


Bruce T. Russell

P.O. Box 14198

Washington, D.C. 20044


U.S. Attorneys Office

501 W. Church St. #300

Orlando, FL 32805


Office of Attorney General Dept. Justice

950 Pennsylvania Ave., N.W. Rm B-103

Washington, D.C. 20530

15