# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEVE L. CHAMBERLAIN,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:11-cv-1702-Orl-31DAB**

**INTERNAL REVENUE SERVICE;**
**RICHARD D. EULISS; and BRUCE T**
**RUSSELL,**

        **Defendants.**

_____

## ORDER

      This matter is before the Court on the Motion to Dismiss filed by Defendants (Doc. 9). The Court construes Doc. 15 as Plaintiff's response to the Motion.

      Plaintiff's Complaint (Doc. 1) and "take judicial notice petition . . ." (Doc. 15) can best be described as non-sensical legal gibberish and are patently without merit. It is, therefore

      **ORDERED** that Defendants' Motion is GRANTED. Plaintiff's Complaint is DISMISSED. The Clerk is directed to close the case.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on February 9, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                          GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE